1 | **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
2 | Helen I. Zeldes, Esq. (SBN 220051)
*hzeldes@sshhzlaw.com*
3 | Joshua A. Fields (SBN 242938)
*jfields@sshhzlaw.com*
4 | Aya Dardari (SBN 344039)
*adardari@sshhzlaw.com*
5 | 501 West Broadway, Suite 800
San Diego, California 92101
6 | Telephone: (619) 400-4990

7 | *Counsel for Plaintiff Mark Blosser and the Proposed Class.*

8

9 | **UNITED STATES DISTRICT COURT**

10 | **SOUTHERN DISTRICT OF CALIFORNIA**

11 | **SAN DIEGO DIVISION**

| | |
|---|---|
| MARK BLOSSER, *individually and on behalf of all others similarly situated*, | Case No. **'24CV0259 WQHBLM** |
| | Assigned to: |
| | Dept. No.: |
| Plaintiff, | **CLASS ACTION** |
| v. | **PLAINTIFF MARK BLOSSER'S COMPLAINT FOR DAMAGES** |
| AXOS BANK, d/b/a/ UFB DIRECT and DOES 1-10, | **JURY TRIAL DEMANDED** |
| Defendant. | |

Plaintiff Mark Blosser ("Blosser" or "Plaintiff"), individually and on behalf of all others similarly situated, by and through his counsel, brings the following Complaint against Defendant Axos Bank d/b/a UFB Direct ("UFB" or the "Bank") and DOES 1-10.

## NATURE OF THE ACTION

1.      Plaintiff brings this action on behalf of himself and others similarly situated who have had savings accounts with UFB since on or about January 1, 2022.

2.      Unbeknownst to Plaintiff and thousands of other unwitting consumers nationwide who were induced by UFB's aggressive marketing into opening what UFB represented were its "variable," and "highest yielding savings accounts we offer," they were victims of a deceptive and malicious bait and switch. Without notice, UFB continually reclassified their "highest yielding" accounts as "legacy" accounts (meaning they were no longer offering them to new customers) and froze and decreased their APY, while simultaneously slapping a new name on the "highest-yielding" savings accounts and offering them to new customers with a higher APY.

3.      Notably, UFB only offers one account type/name at a time. Mr. Blosser and putative Class members had no reason to believe their promised "highest-yielding account we offer" would be constantly closed and downgraded to a lower-yield account.

4.      Over less than a two-year period, UFB repeated this scam at least ***ten times***. The purpose of this lawsuit is to hold the Bank to account for its brazen misconduct.

5.      Plaintiff Mark Blosser is a prototypical representative of the legions of depositors victimized by UFB's bait and switch.

6.      On or about July 10, 2022, federal interest rates began to skyrocket. In order to take advantage of increasing interest rates, on October 10, 2022, Mr. Blosser opened a UFB account named "**UFB Elite Savings Account**".

7.      **First bait and switch**: The **"UFB Elite Savings Account"** Mr. Blosser opened what purported to be UFB's "highest-yielding savings account we offer" but on March 13, 2023, he first discovered he was being **paid 1.84% less** than a new account UFB offered, a "UFB Preferred Savings Account". On March 14, 2023, in response to his inquiry, UFB Direct informed Mr. Blosser for the very first time that the "UFB Elite Savings Account" had in fact been discontinued and reclassified as a so-called "Legacy Account" – meaning it was no longer being offered to new customers and the interest rate on it may not change.  Prior to being informed of this on that date, Mr. Blosser was not given any notice that his "UFB Elite Savings Account" was being discontinued or changed from UFB's highest-yielding interest offered.

8.      **Second bait and switch**: On March 14, 2023 Mr. Blosser demanded that his savings account be converted from the discontinued lower-yielding "UFB Elite Savings Account" to what was supposed to be the new "highest-yielding savings account" UFB offered, called a **"UFB Preferred Savings Account."** Thereafter, on April 5, 2023, UFB emailed Mr. Blosser and stated that the "UFB Preferred Savings Account" was no longer being offered (aka again turned into a "Legacy Account") and also maliciously lied to him, telling him that the change would not affect his account in any way, and that no action was needed.  Mr. Blosser concluded that his soon-to-be-legacy Preferred Savings account was going to continue offering the highest rate paid by UFB, not that it would over time fall behind, as occurred soon after this email.

//

//

1
2
3
4
5
6
7
8
9
10



11       9.    This was not true. UFB had created yet another new name for their latest alleged "highest-yielding savings account". On or about November 18, 2023, Mr. Blosser discovered that his "Legacy" "UFB Preferred Savings Account" was **paying .75% less** than UFB's new "UFB Secure Savings Account." Mr. Blosser had no notice from UFB of the interest rate policy change for the Legacy account, and action clearly was needed for Mr. Blosser to continue making the "highest-yielding interest rate" UFB offered (since it was once again offered in a different account than he had obtained).

       10.   **Third alleged "highest-yielding savings account we offer":** Starting on November 18, 2023, and ending on November 21, 2023, Mr. Blosser again moved all his funds to what UFB was calling its latest "highest-yielding savings account" – the newly named **"UFB Secure Savings Account."** As set forth above, Mr. Blosser had not been notified by UFB that his "UFB Preferred Savings Account" was paying .75% less than the "UFB Secure Savings Account," and the Bank had actually told him to do nothing. As a result of the Bank's APY manipulations, UFB has cheated Blosser out of thousands of dollars in estimated lost interest.

       11.   In short, incentivized by greed and opportunity to extract greater profits from the Fed's monetary policy, Axos made a cynical and strategic economic bet. It

knew that plenty of customers would be ticked off by its deceptive practices—if or when they ever found out—but it presumably calculated that the costs and inconvenience to customers of closing their accounts, switching to a new bank, and/or taking legal action against UFB would outweigh their displeasure. Axos calculated wrong.[1]

## PARTIES

12.     Plaintiff Blosser is a natural person who is a citizen of the United States and who is domiciled in Arizona. He has been a UFB customer and accountholder since October 2022, and is still a UFB customer and accountholder as of the filing of this Complaint.

13.     Defendant UFB is an American federally chartered savings and loan association and direct bank headquartered in San Diego, California. It is the online-only banking brand of Axos, which is a wholly owned subsidiary of Axos Financial, Inc.

14.     Axos markets its UFB online banking products to consumers nationwide. Specifically, in its most recent 10-K, Axos states: "The Company provides banking and securities products and services to its customers through its online and low-cost distribution channels and affinity partners. The Bank's deposit products are demand accounts, savings and money market accounts, and time deposits marketed to consumers and businesses located in all fifty states." Axos Form 10-K at F-9.

15.     Gregory Garrabrants, a former Goldman Sachs banker and McKinsey & Co. consultant, is the CEO of Axos. Before joining Axos in October 2007, Garrabrants was an executive at Indymac, a California savings and loan that collapsed in July 2008 under, according to bank regulators, a mountain of toxic

---

[1] *See e.g.*, Bill Taylor, "Just Because You Can Doesn't Mean You Should", *Harvard Business Review*, December 6, 2011, available at: https://hbr.org/2011/12/just-because-you-can-doesnt-me.

PLAINTIFF MARK BLOSSER'S COMPLAINT FOR DAMAGES

mortgages. Indymac was one of the nation's biggest bank failures, costing the FDIC fund more than $10 billion, a government investigator estimated. *See* Gretchen Morgenson, "The Trump Organization used to borrow from major banks. Now look who's lending it money," *NBC News* (Apr. 7, 2022), available at nbcnews.com/politics/donald-trump/trump-organization-used-borrow-major-banks-now-look-lending-money-rcna22068.

16.     In 2018, Garrabrants earned $34.5 million. The massive payday reportedly arose from contract incentives, earning Garrabrants a percentage of the company's returns when they rise above industry averages. *See* Tim Dickinson & Andy Kroll, *Rolling Stone*, "The Totally Dodgy Backstory of the Bank that Just Refinanced Trump Tower: How Axos—a financial firm tied to GOP politics and high-profile lawsuits—became Trumps' lender of last resort" (Mar. 13, 2022), available at rollingstone.com/politics/politics-news/axos-bank-trump-tower-donald-trump-1320670/.

**JURISDICTION AND VENUE**

17.     This Court has personal jurisdiction over Defendant because its principal place of business is in California.

18.     Personal jurisdiction is also proper because Defendant is headquartered in San Diego, California.

19.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d), because this action is a class action in which there are 100 or more class members; the matter in controversy exceeds the sum of $5,000,000, exclusive of interest and costs; and at least one Plaintiff and member of the class is a citizen of a state different from Defendant.

20.     Upon information and belief, UFB has tens of thousands of account holders nationwide and thousands of those account holders are citizens of states other than California.

21.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in this district.

## FACTUAL ALLEGATIONS

### I.     UFB's High-Yield Savings Accounts

22.     In the context of bank deposit accounts, including savings accounts, interest is the amount of money that the bank pays the depositor for use of the depositor's funds, typically represented as a percentage of the total deposit amount. The annual percentage yield, or APY, is the percentage reflecting the total amount of interest paid on an account based on the interest rate and frequency of compounding for a 365-day period.

23.     A "variable" rate savings account has an interest rate that is subject to change according to business and economic conditions. The rates typically increase in step with the federal funds rate, *i.e.*, the interest rate that the Federal Reserve's ("Fed") Federal Open Market Committee ("FOMC") sets as the targeted interest rate banks pay one another to borrow or loan money overnight. The FOMC meets eight times each year to set the federal funds rate and its decisions at these meetings have a major impact on the U.S. economy.

24.     The Fed began increasing the federal funds rate in March 2022, when it was 0.0%. As of the date of this Complaint, the federal funds rate is 5.25% to 5.50%. In March 2022, the top-paying nationally available savings account was paying 0.70% APY. Since then, high-yield savings rates have surged past 5%. *See* Sabrina Karl, "What's Better for My Savings Right Now: a Fixed or Variable Rate?" (June 13, 2023), investopedia.com/whats-better-for-my-savings-right-now-a-fixed-or-variable-interest-rate-7511362.

25.     UFB followed suit, or at least it appeared to. In March 2022, UFB advertised that its high-yield savings account returned an APY of 0.20%. As of the

Case No.

date of this filing, UFB is advertising its high-yield savings account as offering an APY of up to 5.25%.

26.   UFB's website has featured a dedicated tab heading entitled "High Yield Savings." From at least January 1, 2022, to approximately November 16, 2023, any visitor to the site who clicked this tab would be taken immediately to a "splash" page advertising what UFB referred to as its "highest-yielding savings account," offering a variable interest rate and corresponding APY.

27.   UFB has also described its high yield savings account as being "tiered" based on the size of the account holder's savings account balance.

28.   Its Personal Deposit Account Agreement and Schedule of Fees ("Account Agreement"), which governs the accounts at issue, similarly describes UFB's savings accounts as variable and tiered. A true and correct copy of the Account Agreement effective as of November 16, 2023, is attached hereto as <u>Exhibit 1</u>.

## II.   UFB's Bait and Switch

29.   In reliance on the representations and promises on the Bank's website, in targeted advertisements placed by the Bank, and in the Bank's Account Agreement, consumers who opened UFB savings accounts from January 1, 2022, through at least November 15, 2023, reasonably believed they were receiving—and would continue to receive as long as they maintained a positive balance regardless of tier—the highest interest rate and APY offered by UFB.

30.   These consumers also reasonably believed that the interest rates on their savings accounts would vary in accord with general market conditions, in particular, the federal funds rate.

31.   As interest rates began to rise steeply in early 2022 in line with the Federal Reserve's post-pandemic monetary policy, UFB in turn began aggressively marketing its high yield savings accounts to consumers as a place to park their money and "put [their] savings on autopilot." The results were staggering. Whereas

the total number of interest-bearing checking and savings accounts maintained by Axos increased by approximately 8,000 accounts between June 30, 2021, and June 30, 2022, this number increased tenfold between June 30, 2022, and June 30, 2023, with almost 83,000 new interest-bearing accounts being added to Axos's ledgers. Upon information and belief, the majority of these accounts were opened with UFB. The increase in consumer funds held by Axos in its savings accounts was equally impressive. After an increase of $800 million between June 30, 2021, and June 30, 2022, Axos's savings deposits swelled by more than $5 billion between June 30, 2022, and June 30, 2023.

32.     Axos Financial's most recent Form 10-K documents these impressive gains. Axos admitted that this dramatic "increase in interest-bearing checking and savings accounts in 2023 *was primarily due to increased consumer deposit accounts from increased marketing efforts*."

The number of deposit accounts at the end of each of the last three fiscal years is set forth below:

|  | At June 30, | | |
|---|---|---|---|
|  | 2023 | 2022 | 2021 |
| Non-interest bearing | 45,640 | 42,372 | 36,726 |
| Interest-bearing checking and savings accounts | 427,299 | 344,593 | 336,068 |
| Time deposits | 6,340 | 8,734 | 12,815 |
| Total number of deposit accounts | 479,279 | 395,699 | 385,609 |

The increase in interest-bearing checking and savings accounts in 2023 was primarily due to increased consumer deposit accounts from increased marketing efforts.

**Deposit Composition**. The following table sets forth the dollar amount of deposits by type and weighted-average interest rates at the end of each of the last three fiscal years:

|  | At June 30, | | | | | |
|---|---|---|---|---|---|---|
|  | 2023 | | 2022 | | 2021 | |
| (Dollars in thousands) | Amount | Rate[1] | Amount | Rate[1] | Amount | Rate[1] |
| Non-interest-bearing | $ 2,898,150 | — | $ 5,033,970 | — | $ 2,474,424 | — |
| Interest-bearing: |  |  |  |  |  |  |
| Demand | 3,334,615 | 2.43 % | 3,611,889 | 0.61 % | 3,369,845 | 0.15 % |
| Savings | 9,575,781 | 4.20 % | 4,245,555 | 0.95 % | 3,458,687 | 0.21 % |
| Total demand and savings | $ 12,910,396 | 3.74 % | $ 7,857,444 | 0.79 % | $ 6,828,532 | 0.18 % |
| Time deposits |  |  |  |  |  |  |
| $250 and under[2] | $ 932,436 | 3.72 % | $ 651,392 | 1.22 % | $ 1,070,139 | 1.30 % |
| Greater than $250 | 382,126 | 4.36 % | 403,616 | 1.41 % | 442,702 | 1.03 % |
| Total time deposits | $ 1,314,562 | 3.91 % | $ 1,055,008 | 1.25 % | $ 1,512,841 | 1.22 % |
| Total interest-bearing[2] | $ 14,224,958 | 3.76 % | $ 8,912,452 | 0.85 % | $ 8,341,373 | 0.37 % |
| Total deposits | $ 17,123,108 | 3.12 % | $ 13,946,422 | 0.54 % | $ 10,815,797 | 0.29 % |

[1] Based on weighted-average stated interest rates at the end of the period.

[2] The total interest-bearing include brokered deposits of $2,028.5 million and $1,032.7 million as of June 30, 2023 and 2022, respectively, of which $690.9 million and $250.0 million are time deposits classified as $250,000 and under.

The following tables set forth the average balance, the interest expense and the average rate paid on each type of deposit at the end of each of the last three fiscal years:

|  | For the Fiscal Year Ended June 30, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 2023 | | | 2022 | | | 2021 | | |
| (Dollars in thousands) | Average Balance | Interest Expense | Avg. Rate Paid | Average Balance | Interest Expense | Avg. Rate Paid | Average Balance | Interest Expense | Avg. Rate Paid |
| Non-interest-bearing | $ 3,730,524 | $ — | — | $ 3,927,195 | $ — | — | $ 2,182,009 | $ — | — |
| Interest-bearing: |  |  |  |  |  |  |  |  |  |
| Demand | $ 4,047,717 | $ 99,119 | 2.45 % | $ 3,873,382 | $ 12,429 | 0.32 % | $ 3,817,516 | $ 14,444 | 0.38 % |
| Savings | 6,164,020 | 206,536 | 3.35 % | 2,899,939 | 7,634 | 0.26 % | 3,387,182 | 14,587 | 0.43 % |
| Time deposits | 1,225,537 | 33,826 | 2.76 % | 1,226,774 | 13,567 | 1.11 % | 1,825,795 | 31,498 | 1.73 % |
| Total interest-bearing deposits | $ 11,437,274 | $ 339,481 | 2.97 % | $ 8,000,095 | $ 33,630 | 0.42 % | $ 9,030,493 | $ 60,529 | 0.67 % |
| Total deposits | $ 15,167,798 | $ 339,481 | 2.24 % | $ 11,927,290 | $ 33,620 | 0.28 % | $ 11,212,502 | $ 60,529 | 0.54 % |

Case No.
PLAINTIFF MARK BLOSSER'S COMPLAINT FOR DAMAGES

1   *See* Axos Financial, Inc., Annual Report ("Axos Form 10-K") (Aug. 29, 2023),

2   available   at   https://d18rn0p25nwr6d.cloudfront.net/CIK-0001299709/98655e5e-

3   a58a-4179-97af-3bb8c1f3a848.html.

4       33.   Unbeknownst to the tens of thousands of consumers nationwide lured

5   into opening new accounts with UFB via the Bank's "increased marketing efforts,"

6   they were—or soon would become—the victims of a classic bait and switch.

7       34.   Specifically, beginning in or around early 2022, UFB began

8   implementing a scheme in which it would advertise a savings account product it

9   described as its "highest-yielding savings account" with a "variable" interest rate.

10   UFB would drive consumer interest and demand to its offerings via, among other

11   tools, targeted advertising and features on popular internet sites such as "The Motley

12   Fool" (www.fool.com), "NerdWallet" (www.nerdwallet.com), and "Forbes

13   Advisor" (www.forbes.com/advisor/).

14       35.   After signing up thousands of new depositors, UFB would then cap

15   and/or reduce the interest rates on those savings accounts and begin marketing its

16   savings accounts under a slightly different name with a higher interest rate and APY.

17   UFB would advertise the new savings account product as its "highest yielding"

18   variable rate savings account without notifying any of its current account holders of

19   this change or that their accounts would no longer receive UFB's highest available

20   interest rates.

21       36.   When renaming its savings account—and still without any notice to its

22   existing savings account holders—UFB would also rewrite its account agreement to

23   characterize its previous "highest-yield savings" accounts as "legacy" accounts.

24       37.   Contemporaneously—and again without any notice to existing savings

25   account holdings—UFB would cap and/or reduce the interest rates on these legacy

26   accounts at a rate lower than its newly-minted highest-yielding savings account.

27       38.   Consumers with funds in legacy accounts were thereby duped into

28   leaving their funds to languish at dramatically lower APY than they anticipated and

PLAINTIFF MARK BLOSSER'S COMPLAINT FOR DAMAGES

1  far below the rates offered by other banks with online-only, high-yield savings
2  account programs.

3      39.    Over the course of 2022 and 2023, UFB perpetrated this bait and switch
4  at least ***ten times***. On information and belief, UFB intentionally chose unremarkable
5  adjectives for each account rebrand to minimize the chances of detection by even
6  the most vigilant account holders. Thus, UFB Savings begat UFB "Rewards"
7  Savings, then UFB "Elite" Savings, then UFB "High-Rate" Savings, then UFB
8  "Best" Savings, then UFB "Preferred" Savings, then UFB "Premier" Savings, then
9  UFB "Priority" Savings, then UFB "High-Yield" Savings (collectively, the "Legacy
10  Accounts"), and finally (or at least presently) UFB "Secure" Savings, which took
11  effect on or about November 16, 2023.

12      40.    Each time UFB changed the name of its savings account program, the
13  advertised APY increased in step with the increased federal funds rate, *i.e.*, as the
14  federal funds rate increased from 0.0% in March 2022 to 5.25%-5.50% in November
15  2023, the APY associated with UFB's savings account products increased from
16  0.20% to 5.25%.

17      41.    But each time UFB changed the name of its savings account program,
18  UFB capped and/or reduced the APY on the preceding Legacy Accounts and, to the
19  extent it varied them at all, only varied them downward. For example, in December
20  2022, the APY on a UFB "High-Rate" Savings account was 3.91% APY. When UFB
21  began offering its "Best" Savings Account a few weeks later, UFB capped the
22  interest rate on the "High-Rate" savings accounts without providing any notice to its
23  "high-rate" savers that their accounts were no longer UFB's "best" or "highest-
24  yielding." Thus, a consumer who opened a High-Rate Savings account still receives
25  just 3.91% APY today, even though the federal funds rate—and the APY offered by
26  UFB on newly opened accounts—has soared since then. Indeed, a consumer who
27  opened a UFB "Secure" Savings account today would receive 5.25% APY.

28

42.     The Bank's treatment of Blosser epitomizes its pernicious practices. As previously detailed hereinabove, from October 2022 through March 2023, UFB kept the APY on his "UFB Elite Savings" account up to *1.84%* less than a new "Preferred" savings account UFB offered. From March 2023 to November 2023 UFB kept the APY on his "UFB Preferred Savings" account at up to .75% less than UFB's new "UFB Secure Savings Account." All the while, UFB never informed him during those times that the only way he could obtain the APY advertised on UFB's website was to have opened multiple new accounts with the Bank—one for each time the Bank covertly converted its existing savings account iteration into a Legacy Account and deceptively began advertising a new almost identically-named savings account on its website.

43.     A consumer visiting UFB's website would not perceive any distinction between UFB's current and Legacy Accounts because the only change to the website text would be the subtle replacement of the adjective describing the UFB's highest-yielding offerings. At all relevant times, UFB advertised each savings account product as tiered, variable, and UFB's "highest-yielding savings account."

44.     Thus, consumers who believed they were investing their savings in UFB's variable, "highest-yielding savings account," in fact had invested in accounts that would only be UFB's "highest-yielding savings account" for a trivial, arbitrary, and undisclosed period of time.

45.     UFB account holders who have discovered the Bank's account re-naming scheme have left scathing reviews of the bank on sites such as depositaccounts.com. As of this writing, of the 212 reviews of UFB on depositaccounts.com, 140 give the bank only 1 star. For example:

//

//

**Scam For Sure.**

★ ★ ★ ★ ★   Posted by: nate311 | Dec 1, 2023

Without notifying me, UFB reduced the interest rate on my "Preferred" savings account at the same time they launched the new "Secure" savings account product. I had to check their website to see the new advertised rate, and they upgraded my account from Preferred to Secure after I contacted them about the problem.

After contacting them through a secure message, they told me unceremoniously that they are totally unable to notify me when they screw around with my interest rate, and it's up to me to contact them requesting an upgrade.

I am now looking for a new bank that does not reduce my interest rate simply because they "launch new products," forcing me to go through the rigmarole of contacting them to change my account type after wasting time with an inferior interest rate that I was not notified of.

👍 2 votes | ⚠ Report Post                                    Comments (1) | ↩ Comment

axosbank | Dec 4, 2023

Hello nate311, We understand and apologize for any inconvenience caused. We are always looking to improve and our review has been shared with our teams to help us. Thank you for your feedback.

👍 1 vote | ⚠ Report Post

axosbank | Aug 29, 2023

Hello MoneyForNothing , we apologize for any frustration or inconvenience caused and hope you can reconsider. I have shared your review with our team as we are always looking for opportunities to

**Worst Bank Ever**

★ ★ ★ ★ ★   Posted by: ssantiago | Nov 6, 2023

They continue to change their product offerings and lower your interest rate with no notification. I will be moving all my money

👍 11 votes | ⚠ Report Post                                   Comments (1) | ↩ Comment

axosbank | Nov 7, 2023

Hello ssantiago, We apologize for any inconvenience and regret to hear that we'll be losing your business. Your feedback will be shared with our teams to help us improve. Thank you.

👍 1 vote | ⚠ Report Post

46.     Third-parties have also recently discovered this practice. Motley Fool now advises consumers, "If you see that the current UFB savings offer has a higher APY than what you're getting in your account, contact the bank and ask to be switched to the new savings account type." fool.com/the-ascent/banks/savings-accounts/ufb-direct-high-yield-savings-account-review/.

47.     This conduct is particularly nefarious because, as everyone knows, savings accounts are designed to hold customer money for long periods of time. Like virtually all banks, UFB imposes limitations on the number and amount of transfers from its savings accounts. Indeed, UFB's website encourages its customers to "Put Your Savings on Autopilot." ufbdirect.com/ufb-blog/2019/04/11/17/21/Put-Your-Savings-on-Autopilot. In other words, by advertising variable, high-yield savings accounts, UFB lulls its depositors into complacency, leading them to believe that they have opened UFB's highest-yielding savings account, when, in fact, it will only UFB's "highest-yielding account" with upward variability for a short period of time.

### III.     UFB's Account Agreement

48.     The Account Agreement governs the various deposit accounts offered by UFB, including the high-yield savings accounts at issue in this case.

49.     Most importantly, the Account Agreement does not notify a consumer that their UFB "highest-yielding savings account we offer" would be continually discontinued and converted to the Legacy Account dustbin without notice or disclosure to the consumer. Nor would the consumer have any way of knowing that once UFB secretly re-classified an account as a Legacy Account, UFB would cease paying the "highest-yielding" rate "we offer" on that now "legacy" account. As detailed below, UFB deceptively and fraudulently planned to unilaterally cap the APY on its Legacy Accounts and arbitrarily *lower* the APY while it offered higher rates to new account holders, all while assuring consumers that they were receiving UFB's highest APY and that they should stay put.

50.     Ironically—and deviously—once UFB arbitrarily decided to "vary" the name of its "highest-yielding savings account," the APY on the depositor's legacy account would no longer increase in line with market rate increases, and would in fact often significantly decrease over time.

//

//

## IV.   UFB's Legacy Accounts

51.    Plaintiff is informed and believes that UFB began implementing its "Legacy Account" scheme on or about April 1, 2022. The ephemeral lifespan of each of these accounts is detailed chronologically below:

### 1.    UFB High Yield Savings Account

52.    From at least January 1, 2022, until at least April 1, 2022, UFB offered a high-yield savings account it called "High Yield Savings." *See* http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20220401101559/https://www.ufbdirect.com/).

53.    The advertised APY was up to 0.20%. *Id.* "At up to 0.20% APY, the High Yield Savings Account is a high-yielding, competitively tiered, variable-rate savings account. Enjoy 3 times the national average rates on balances of $10,000 or greater." *Id.*

54.    UFB's website further stated, "If the return on your money is your top priority, choose UFB High Yield Savings. It's our highest-yielding savings account. Earn up to 0.20% APY* on balances of $10,000 and above."

55.    UFB's site clarified that the rate was variable: "The interest rate and corresponding APY for savings is variable and is set at our discretion. This is a tiered variable rate account." *Id.*

56.    The tiers and associated APY were:

      i.   $0-$9,999.99        0%

      ii.   $10,000-$24,999.99        0.20%

      iii.   $25,000-$49,999.99        0.20%

      iv.   $50,000-$99,999.99        0.20%

      v.   >$100,000        0.20%

57.    A reasonable consumer would interpret UFB's advertising for this account to mean that, so long as the consumer maintained a balance of at least $10,000, the consumer would receive the highest yield (*i.e.*, interest rate) on any

1  savings account offered by UFB and that this rate could be varied by UFB, *in good*
2  *faith*, up or down, depending on the prevailing market conditions.

3      58.     But this representation was misleading and false. Upon information and
4  belief, UFB capped the APY on its High Yield Savings accounts in April 2022, and
5  the APY on UFB High Yield Savings accounts is still 0.20% APY.

6              **2.     UFB Savings Account**

7      59.     From April 2022 until August 2022, UFB offered a high-yield savings
8  account it called "Savings." *See* http://ufbdirect.com (accessed on December 5,
9  2023,          via          Wayback          Machine          at          URL
10 https://web.archive.org/web/20220518223539/https://www.ufbdirect.com/).

11     60.     Initially, the advertised APY was initially up to 0.81%. *Id.* Over the
12 next three months, UFB increased the advertised APY up to 1.81%. *See*
13 http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL
14 https://web.archive.org/web/20220714225413/https://www.ufbdirect.com/).

15     61.     UFB advertised the Savings Account product as follows: "Earn up to
16 0.81% APY* with no maintenance fees or minimum balance requirements. Harness
17 the power of compound interest and reach your financial goals faster."

18     62.     UFB's website further stated, "If the return on your money is your top
19 priority, choose UFB Savings. It's our highest-yielding savings account. Earn up to
20 0.81% APY*." *See* https://www.ufbdirect.com/Savings/UFB-Savings (accessed on
21 December     5,     2023,     via     Wayback     Machine     at     URL
22 https://web.archive.org/web/20220511212908/https://www.ufbdirect.com/Savings/
23 UFB-Savings).

24     63.     UFB's site clarified that the rate was variable: "The interest rate and
25 corresponding APY for savings is variable and is set at our discretion. This is a tiered
26 variable rate account." *Id.*

27     64.     The tiers and associated APY were:

28              i.  $0-$19,999.99           0.81%

ii.  $20,000 or greater        0.81%

65.    A reasonable consumer would interpret UFB's advertising for this account to mean that, no matter the size of the consumer's balance, so long as the account remained open, it would receive the highest yield (*i.e.*, interest rate) on any savings account offered by UFB and that this rate could be varied by UFB, *in good faith*, up or down, depending on the prevailing market conditions.

66.    But this representation was misleading and false. Upon information and belief, UFB capped the APY on its Savings accounts in August 2022, and the APY on UFB Savings accounts is still 1.81%.

### 3.    UFB Rewards Savings

67.    From about August 12, 2022, until at least September 25, 2022, UFB offered a high-yield savings account it called "Rewards Savings." *See* http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20220812201352/https://www.ufbdirect.com/).

68.    The advertised APY was initially up to 2.21%. *Id.* Over the next six weeks, UFB increased the advertised APY up to 2.61%. *See* http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20220925231444/https://www.ufbdirect.com/).

69.    UFB advertised Reward Savings product as follows: "Earn up to 2.21% APY* with no maintenance fees or minimum balance requirements. Harness the power of compound interest and reach your financial goals faster." *Id.*

70.    UFB's website further stated, "If the return on your money is your top priority, choose UFB Rewards Savings. It's our highest-yielding savings account." https://www.ufbdirect.com/Savings/UFB-Rewards-Savings (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20220901124657/https://www.ufbdirect.com/Savings/UFB-Rewards-Savings).

71.     UFB's site clarified that the rate was variable: "The interest rate and corresponding APY for savings is variable and is set at our discretion. This is a tiered variable rate account." *Id.*

72.     The tiers and associated APY were:

|   |   |   |
|---|---|---|
| i.   | $0-$9,999.99 | 2.21% |
| ii.  | $10,000-$24,999.99 | 2.21% |
| iii. | $25,000-$49,999.99 | 2.21% |
| iv.  | $50,000-$99,999.99 | 2.21% |
| v.   | >$100,000 | 2.21% |

73.     A reasonable consumer would interpret UFB's advertising for this account to mean that, no matter the size of the consumer's balance, so long as the account remained open, it would receive the highest yield (*i.e.*, interest rate) on any savings account offered by UFB and that this rate could be varied by UFB, *in good faith*, up or down, depending on the prevailing market conditions.

74.     But this representation was misleading and false. Upon information and belief, UFB capped the APY on its Rewards Savings accounts in September 2022, and the APY on UFB Rewards Savings accounts is still no more than 2.81%.

**4.     UFB Elite Savings**

75.     From about September 28, 2022, until at least October 31, 2022, UFB offered a high-yield savings account it called "Elite Savings." *See* http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20220928091242/https://www.ufbdirect.com/).

76.     The advertised APY was initially up to 2.81%. *Id.* Over the next month, UFB increased the advertised APY up to 3.16%. *See* http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20221031200826/https://www.ufbdirect.com/).

77.     UFB advertised Elite Savings as follows: "Earn up to 2.85% APY* with no maintenance fees or minimum balance requirements. Harness the power of

1  compound interest and reach your financial goals faster."

2      78.    UFB's website further stated, "If the return on your money is your top

3  priority, choose UFB Elite Savings. It's our highest-yielding savings account." *See*

4  https://www.ufbdirect.com/Savings/UFB-Elite-Savings (accessed on December 5,

5  2023,    via    Wayback    Machine    at    URL

6  https://web.archive.org/web/20220927201028/https://www.ufbdirect.com/Savings/

7  UFB-Elite-Savings).

8      79.    UFB's site clarified that the rate was variable: "The interest rate and

9  corresponding APY for savings is variable and is set at our discretion. This is a tiered

10  variable rate account." *Id.*

11      80.    The tiers and associated APY were:

12          i.  $0-$9,999.99        2.85%

13          ii.  $10,000-$24,999.99        2.85%

14          iii.  $25,000-$49,999.99        2.85%

15          iv.  $50,000-$99,999.99        2.85%

16          v.  >$100,000        2.85%

17      81.    A reasonable consumer would interpret UFB's advertising for this

18  account to mean that, no matter the size of the consumer's balance, so long as the

19  account remained open, it would receive the highest yield (*i.e.*, interest rate) on any

20  savings account offered by UFB and that this rate could be varied by UFB, *in good*

21  *faith*, up or down, depending on the prevailing market conditions.

22      82.    But this representation was misleading and false. Upon information and

23  belief, UFB capped the APY on its Elite Savings accounts in October 2022, and the

24  APY on UFB Elite Savings accounts is still no more than 3.16%.

25      **5.**    **UFB High Rate Savings**

26      83.    From November 16, 2022, until at least December 7, 2022, UFB offered

27  a high-yield savings account it called "High Rate Savings." *See* http://ufbdirect.com

28

(accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20221116175211/https://www.ufbdirect.com/).

84.    The advertised APY was initially up to 3.83%. *Id.* Over the next month, UFB increased the advertised APY up to 3.91%. *See* http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20221031200826/https://www.ufbdirect.com/).

85.    UFB advertised High Rate Savings as follows: "Earn up to 3.83% APY* with no maintenance fees or minimum balance requirements. Harness the power of compound interest and reach your financial goals faster." *Id.*

86.    UFB's website further stated, "If the return on your money is your top priority, choose UFB High Rate Savings. It's our highest-yielding savings account." *See* https://www.ufbdirect.com/Savings/UFB-Savings (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20221210001047/https://www.ufbdirect.com/Savings/ufb-high-rate-savings).

87.    UFB's site clarified that the rate was variable: "The interest rate and corresponding APY for savings is variable and is set at our discretion. This is a tiered variable rate account." *Id.*

88.    The tiers and associated APY were:

      i.   $0-$9,999.99      3.81%

     ii.   $10,000-$24,999.99      3.81%

   iii.   $25,000-$49,999.99      3.81%

    iv.   $50,000-$99,999.99      3.81%

     v.   >$100,000      3.81%

89.    A reasonable consumer would interpret UFB's advertising for this account to mean that, no matter the size of the consumer's balance, so long as the account remained open, it would receive the highest yield (*i.e.*, interest rate) on any

1  savings account offered by UFB and that this rate could be varied by UFB, *in good*
2  *faith*, up or down, depending on the prevailing market conditions.

3       90.    But this representation was misleading and false. Upon information and
4  belief, UFB capped the APY on its High Rate Savings accounts in December 2022,
5  and the APY on UFB High Rate Savings accounts is still no more than 3.91%.

6                      **6.    UFB Best Savings**

7       91.    From December 16, 2022, until at least February 2, 2023, UFB offered
8  a high-yield savings account it called "Best Savings." *See* http://ufbdirect.com
9  (accessed on December 5, 2023, via Wayback Machine at URL
10 https://web.archive.org/web/20221216183806/https://www.ufbdirect.com/).

11      92.    The advertised APY was initially up to 4.11%. *Id.* Over the next month,
12 UFB increased the advertised APY to 4.21%. *See* http://ufbdirect.com (accessed on
13 December   5,   2023,   via   Wayback   Machine   at   URL
14 https://web.archive.org/web/20230202200911/https://www.ufbdirect.com/).

15      93.    UFB advertised Best Savings as follows: "Earn up to 4.11% APY* with
16 no maintenance fees or minimum balance requirements. Harness the power of
17 compound interest and reach your financial goals faster."

18      94.    UFB's website further stated, "If the return on your money is your top
19 priority, choose UFB Best Savings. It's our highest-yielding savings account." *See*
20 https://www.ufbdirect.com/Savings/UFB-Best-Savings (accessed on December 5,
21 2023,      via      Wayback      Machine      at      URL
22 https://web.archive.org/web/20230203105042/https://www.ufbdirect.com/Savings/
23 ufb-best-savings).

24      95.    UFB's site clarified that the rate was variable: "The interest rate and
25 corresponding APY for savings is variable and is set at our discretion. This is a tiered
26 variable rate account." *Id.*

27      96.    The tiers and associated APY were:
28                      i.   $0-$9,999.99              4.21%

| | | |
|---|---|---|
| ii. | $10,000-$24,999.99 | 4.21% |
| iii. | $25,000-$49,999.99 | 4.21% |
| iv. | $50,000-$99,999.99 | 4.21% |
| v. | >$100,000 | 4.21% |

97.    A reasonable consumer would interpret UFB's advertising for this account to mean that, no matter the size of the consumer's balance, so long as the account remained open, it would receive the highest yield (*i.e.*, interest rate) on any savings account offered by UFB and that this rate could be varied by UFB, *in good faith*, up or down, depending on the prevailing market conditions.

98.    But this representation was misleading and false. Upon information and belief, UFB capped the APY on its Best Savings accounts in February 2023, and the APY on UFB Best Savings accounts is still no more than 4.21%.

### 7.    UFB Preferred Savings

99.    From at least March 7, 2023, until at least April 13, 2023, UFB offered a high-yield savings account it called "Preferred Savings." *See* http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20230307120024/https://www.ufbdirect.com/).

100.    The advertised APY was initially up to 4.55%. *Id.* Over the next few weeks, UFB increased the advertised APY up to 5.02%. *See* http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20230315005352/https://www.ufbdirect.com/).

101.    UFB advertised Preferred Savings as follows: "Earn up to 4.55% APY* with no maintenance fees or minimum balance requirements. Harness the power of compound interest and reach your financial goals faster."

102.    UFB's website further stated, "If the return on your money is your top priority, choose UFB Preferred Savings. It's our highest-yielding savings account." *See*    https://www.ufbdirect.com/Savings/ufb-preferred-savings    (accessed    on December    5,    2023,    via    Wayback    Machine    at    URL

1 https://web.archive.org/web/20230413014727/https://www.ufbdirect.com/Savings/

2 ufb-preferred-savings).

3     103. UFB's site clarified that the rate was variable: "The interest rate and

4 corresponding APY for savings is variable and is set at our discretion. This is a tiered

5 variable rate account." *Id.*

6     104. The tiers and associated APY were:

7         i.  $0-$9,999.99      5.02%

8        ii.  $10,000-$24,999.99    5.02%

9      iii.  $25,000-$49,999.99    5.02%

10      iv.  $50,000-$99,999.99    5.02%

11       v.  >$100,000       5.02%

12     105. A reasonable consumer would interpret UFB's advertising for this

13 account to mean that, no matter the size of the consumer's balance, so long as the

14 account remained open, it would receive the highest yield (*i.e.*, interest rate) on any

15 savings account offered by UFB and that this rate could be varied by UFB, *in good*

16 *faith*, up or down, depending on the prevailing market conditions.

17     106. But this representation was misleading and false. Upon information and

18 belief, UFB capped the APY on its Preferred Savings accounts in or about April

19 2023, and by mid-April, UFB had reduced the APY for all Preferred Savings account

20 holders to 4.50%, where it has remained frozen ever since.

21         **8.   UFB Premier Savings**

22     107. From at least April 17, 2023, until at least July 1, 2023, UFB offered a

23 high-yield savings account product it called "Premier Savings." *See*

24 http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL

25 https://web.archive.org/web/20230417221816/https://www.ufbdirect.com/).

26     108. The advertised APY was up to 4.81%. *Id.*

27 //

28 //

109.   UFB advertised Premier Savings as follows: "Earn up to 4.81% APY* with no maintenance fees or minimum balance requirements. Harness the power of compound interest and reach your financial goals faster."

110.   UFB's website further stated, "If the return on your money is your top priority, choose UFB Premier Savings. It's our highest-yielding savings account." *See* https://www.ufbdirect.com/Savings/UFB-Premier-Savings (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20230622113757/https://www.ufbdirect.com/Savings/ufb-premier-savings).

111.   UFB's site clarified that the rate was variable: "The interest rate and corresponding APY for savings is variable and is set at our discretion. This is a tiered variable rate account." *Id.*

112.   The tiers and associated APY were:

i.  $0-$9,999.99          4.81%
ii.  $10,000-$24,999.99    4.81%
iii.  $25,000-$49,999.99   4.81%
iv.  $50,000-$99,999.99    4.81%
v.  >$100,000             4.81%

113.   A reasonable consumer would interpret UFB's advertising for this account to mean that, no matter the size of the consumer's balance, so long as the account remained open, it would receive the highest yield (*i.e.*, interest rate) on any savings account offered by UFB and that this rate could be varied by UFB, *in good faith*, up or down, depending on the prevailing market conditions.

114.   But this representation was misleading and false. Upon information and belief, UFB capped the APY on its Premier Savings accounts in July 2023, and the APY on UFB Premier Savings accounts is still no more than 4.81%.

//

//

### 9. UFB Priority Savings

115. From at least August 4, 2023, until August 11, 2023, UFB offered a high-yield savings account product it called "Priority Savings." *See* http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20230804003248/https://www.ufbdirect.com/).

116. The advertised APY was up to 5.06%. *Id.*

117. UFB advertised Priority Savings as follows: "Earn up to 5.06% APY* with no maintenance fees or minimum balance requirements. Harness the power of compound interest and reach your financial goals faster."

118. UFB's website further stated, "If the return on your money is your top priority, choose UFB Savings. It's our highest-yielding savings account." *See* https://www.ufbdirect.com/Savings/ufb-priority-savings (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20230804043854/https://www.ufbdirect.com/Savings/ufb-priority-savings).

119. UFB's site clarified that the rate was variable: "The interest rate and corresponding APY for savings is variable and is set at our discretion. This is a tiered variable rate account." *Id.*

120. The tiers and associated APY were:

|      |                       |       |
| ---- | --------------------- | ----- |
| i.   | $0-$9,999.99          | 5.06% |
| ii.  | $10,000-$24,999.99    | 5.06% |
| iii. | $25,000-$49,999.99    | 5.06% |
| iv.  | $50,000-$99,999.99    | 5.06% |
| v.   | >$100,000             | 5.06% |

121. A reasonable consumer would interpret UFB's advertising for this account to mean that, no matter the size of the consumer's balance, so long as the account remained open, it would receive the highest yield (*i.e.*, interest rate) on any

savings account offered by UFB and that this rate could be varied by UFB, *in good faith*, up or down, depending on the prevailing market conditions.

122.   But this representation was misleading and false. Upon information and belief, UFB capped the APY on its Priority Savings accounts in August 2023, and the APY on UFB High Rate Savings accounts is still no more than 5.06%.

### 10.   UFB High Yield Savings

123.   From August 12, 2023, until at least November 16, 2023, UFB offered a high-yield savings account product it called "High Yield Savings." *See* http://ufbdirect.com (accessed on December 5, 2023, via Wayback Machine at URL https://web.archive.org/web/20230812101404/https://www.ufbdirect.com/).

124.   The advertised APY was up to 5.25%. *Id.*

125.   UFB advertised High-Yield Savings as follows: "Earn up to 5.25% APY* with no maintenance fees or minimum balance requirements. Harness the power of compound interest and reach your financial goals faster."

126.   UFB's website further stated, "If the return on your money is your top priority, choose UFB High Yield Savings. It's our highest-yielding savings account." *See* https://www.ufbdirect.com/Savings/ufb-high-yield-savings (accessed on   December   5,   2023,   via   Wayback   Machine   at   URL https://web.archive.org/web/20230822125513/https://www.ufbdirect.com/Savings/ufb-high-yield-savings).

127.   UFB's site clarified that the rate was variable: "The interest rate and corresponding APY for savings is variable and is set at our discretion. This is a tiered variable rate account." *Id.*

128.   The tiers and associated APY were:

        i.   $0-$9,999.99     5.25%

      ii.   $10,000-$24,999.99     5.25%

    iii.   $25,000-$49,999.99     5.25%

    iv.   $50,000-$99,999.99     5.25%

1          v.  >$100,000                5.25%

2      129.   A reasonable consumer would interpret UFB's for this account to mean

3  that, no matter the size of the consumer's balance, so long as the account remained

4  open, it would receive the highest yield (*i.e.*, interest rate) on any savings account

5  offered by UFB and that this rate could be varied by UFB, *in good faith*, up or down,

6  depending on the prevailing market conditions.

7              **11.    UFB Secure Savings**

8      130.   From at least November 21, 2023, through the filing of this First

9  Amended Complaint, UFB has been offering a high-yield savings account it called

10  "Secure Savings."  *See* http://ufbdirect.com (accessed on December 5, 2023, via

11  Wayback                         Machine                              at

12  https://web.archive.org/web/20231121133711/https://www.ufbdirect.com/).

13      131.   The advertised APY was up to 5.25%. *Id.*

14      132.   UFB advertised Secure Savings as follows: "Earn up to 5.25% APY*

15  with no maintenance fees or minimum balance requirements. Harness the power of

16  compound interest and reach your financial goals faster."

17      133.   Unlike the prior iterations, UFB's website now states, "If raising the

18  bar for your finances is your top priority, there's no better option than our high-yield

19  Secure  Savings  account."  *See*  https://www.ufbdirect.com/Savings/high-yield-

20  savings-account.

21      134.   That is to say, for the first time, UFB is not advertising its savings

22  account as its "highest-yielding account."

23      135.   Time will tell when and whether UFB decides to reclassify its "Secure

24  Savings" as a Legacy Account to the intentional detriment of these account holders.

25              **CLASS ALLEGATIONS**

26      136.   This action is brought by Blosser on behalf of himself and on behalf of

27  all others similarly situated, as a nationwide class action pursuant to Fed. R. Civ. P.

28  23(a), (b)(2), and (b)(3). Plaintiff seeks to represent a class of all persons who have

held UFB high-yield savings accounts after UFB first began offering the "high-yield savings account" product who did not, in fact, receive the highest APY offered by UFB (the "Class").

137.   Blosser also seeks to represent a subclass of all persons in Arizona who have held UFB high-yield savings accounts after UFB first began offering the "high-yield savings account" product who did not, in fact, receive the highest APY offered by UFB (the "Arizona Subclass").

138.   Upon completion of discovery with respect to scope of the Class, Plaintiffs reserve the right to amend the Class definition. Excluded from the Class are UFB and any person, firm, trust, corporation, or other entity related to or affiliated with any of UFB's partners, subsidiaries, affiliates or joint ventures.

139.   The members of the Class are so numerous and dispersed that it would be impracticable to join them individually. At all relevant times, there were thousands of high-yield savings accountholders. The precise number of Class members and their identities are unknown to Plaintiff at this time but can be determined through discovery.

140.   Common questions of law and fact exist as to all members of the Class and predominate over any questions affecting solely individual members of the Class. Among the questions of law and fact common to the Class and/or Subclasses are:

    i.    Whether UFB adjusted (or did not adjust) the interest rate associated with its high-yield savings accounts dishonestly, unfairly, and/or in bad faith;

    ii.    Whether UFB breached the implied covenant of good faith and fair dealing in its contracts with high-yield savings account holders;

    iii.    Whether UFB's conduct violates the California Business and Professions Code § 17200 and § 17500 and California Civil

1 | Code 1770(a);

2 |   iv.   Whether UFB's wrongful conduct caused Plaintiff's and the
3 | Class members' damages;

4 |   v.   The amount of damages suffered by Plaintiff and Class members;

5 |   vi.   The amount of restitution to which Plaintiff and Class members
6 | are entitled;

7 |   vii.   Whether Plaintiff and the Class members are entitled to punitive
8 | damages;

9 |   viii.   Whether Plaintiff and Class members are entitled to a reasonable
10 | award of attorney fees, interest, and costs of suit.

11 | 141.   To the extent any particular claim alleged herein on behalf of the
12 | nationwide Class is available only to consumers residing in the State of Arizona,
13 | Plaintiff Blosser hereby alleges such claim(s) exclusively on behalf of the sub-class
14 | of all Arizona consumers within the nationwide Class.

15 | 142.   Plaintiff's claims are typical of the claims of the members of the Class
16 | each seeks to represent because they were all UFB high-yield savings account
17 | holders.

18 | 143.   Plaintiff will adequately represent and protect the interests of the Class
19 | and have no interests that conflict with or are antagonistic to the interests of Class
20 | members. Plaintiff has retained attorneys who are experienced and capable of
21 | prosecuting class actions and complex litigation. Plaintiff's attorneys will actively
22 | conduct and be responsible for prosecuting this litigation, and have adequate
23 | resources, experience, and commitment to litigate this matter.

24 | 144.   A class action is superior to any other method available for the fair and
25 | efficient adjudication of this controversy because it would be impractical and unduly
26 | burdensome for each of the individual Class members to bring a separate action.
27 | Since the damages suffered by individual Class members may be relatively small,
28 | the expense and burden of individual litigation make it virtually impossible for the

Case No.

PLAINTIFF MARK BLOSSER'S COMPLAINT FOR DAMAGES

1   respective Class members to seek redress for the wrongful conduct alleged. Plaintiff

2   knows of no difficulty that will be encountered in the management of this litigation

3   that would preclude its maintenance as a class action. Moreover, individual litigation

4   has the potential to result in inconsistent or contradictory judgments. A class action

5   in this case presents fewer management problems and provides the benefits of a

6   single adjudication, economies of scale, and comprehensive supervision by a single

7   court.

8      145.   UFB has acted on grounds that apply generally to the Class, such that

9   final injunctive relief or corresponding declaratory relief is appropriate respecting

10   the Class as a whole.

11      146.   Class certification is also appropriate because there is a readily

12   identifiable class on whose behalf this action can be prosecuted. Class members are

13   readily ascertainable from UFB's records. A notice of pendency or resolution of this

14   class action can be provided to Class members by direct mail, email, publication

15   notice, or other similar means.

16      147.   To the extent reliance is an element of any of the claims asserted herein,

17   Class members are presumed to have relied on UFB's conduct. Other than the

18   interest rate paid on the accounts, the high-yield savings accounts offered by UFB

19   are identical. No rational person would maintain an identical account that paid

20   materially lower interest absent UFB's wrongful conduct.

21      148.   Legal remedies available to Plaintiff are inadequate because they are

22   not equally prompt, certain and efficient as equitable relief. Restitution under the

23   UCL and FAL can be awarded in situations where the entitlement to damages are

24   not available. Additionally, damages and restitution are not necessarily the same

25   amount, as restitution is not limited to the amount of money Defendant wrongfully

26   acquired plus the legal rate of interest, but rather entitles the Plaintiff to recover all

27   profits from Defendant's wrongdoing. Legal remedies are also inadequate to prevent

28

future harm. Absent injunctive relief, Plaintiff will be unable to rely on the Defendant's advertising and marketing in the future.

## FIRST CAUSE OF ACTION

### For Breach of Contract

149.   Plaintiff repeats and realleges each of the foregoing allegations, as though fully set forth herein.

150.   The Account Agreement is governed by the laws of the State of California.

151.   The Account Agreement provides, "The interest rate and corresponding APY for savings and money market accounts are variable and are set at our discretion."

152.   The UFB Direct website also provides that their Savings Accounts are "the highest-yielding savings account we offer."

153.   UFB breached the Account Agreement by, among other things, ceasing to match the interest rates on the accounts held by savings account customers each time the bank offered a newly-named savings account product to new customers.

154.   UFB breached its agreement to pay "the highest-yield" on its Savings Accounts by continually reclassifying its highest-yield savings accounts as "legacy" (no longer offered accounts) and parking existing customers in those legacy accounts. UFB ceased varying the interest rates on the now "legacy" accounts, which resulted in them no longer being the "highest-yielding savings account we offer" as contracted between Plaintiff and putative Class members and UFB.

155.   Plaintiff and putative Class members have performed all, or substantially all, of the obligations imposed on them under the Account Agreement.

156.   Plaintiff and putative Class members have sustained damages as a result of UFB's breaches of the Account Agreement, which damages undoubtedly number in the millions of dollars—quite possibly in excess of $100 million—and which

1   damages will continue to accrue so long as UFB continues its account re-naming
2   practices.

### SECOND CAUSE OF ACTION

4   For Breach of the Implied Covenant of Good Faith and Fair Dealing

5   157.   Plaintiff repeats and realleges each of the foregoing allegations, as
6   though fully set forth herein.

7   158.   The Account Agreement is governed by the laws of the State of
8   California.

9   159.   Under California law, every contract carries with it an implied covenant
10  of good faith and fair dealing. Good faith and fair dealing, in connection with
11  executing contracts and discharging performance and other duties according to their
12  terms, means preserving the spirit – not merely the letter – of the bargain. Put
13  differently, the parties to a contract are mutually obligated to comply with the
14  substance of their contract in addition to its form. The covenant requires faithfulness
15  to an agreed common purpose and consistency with the justified expectations of the
16  other party to a contract. Evading the spirit of the bargain and abusing the power to
17  specify terms constitute examples of bad faith in the performance of contracts.

18  160.   UFB breached the implied covenant inherent in its Account Agreement
19  with Plaintiff and putative Class members by inducing them to sign up for savings
20  accounts it specifically advertised as being the bank's "highest-yielding savings
21  account" at an industry-leading "variable" interest rate. Shortly thereafter, typically
22  within a few months, but sometimes in a manner of days after a new customer would
23  open such an account, UFB would furtively replace what had been its "highest-
24  yielding savings account" with a similarly-named "new" account offering a higher
25  interest rate to new customers, but not to these now Legacy Account holders.

26  161.   In other words, though UFB described its savings accounts as variable,
27  they were not—or rather, they were only variable for a short time. As UFB knew
28  and intended, any savings account it offered at any given time would only be its

"highest-yielding savings account" for a short period of time until it began offering a new savings account product under a slightly different name.

162.   UFB never provided notice to any of its current account holders that their accounts (some opened just days before), once converted to Legacy Account status, would no longer receive the bank's highest available interest rates.

163.   UFB also breached the implied covenant by abusing its discretion to vary the APY on its savings accounts in good faith. Rather than varying the APY in accord with the market, including, among other things, the federal funds rate, which increased dramatically over the course of 2022 and 2023, UFB arbitrarily froze the APY on its Legacy Accounts or even adjusted these APYs *downward*.

164.   Plaintiff and putative Class members have performed all, or substantially all, of the obligations imposed on them under the Account Agreement.

165.   Plaintiff and putative Class members have sustained damages as a result of UFB's breaches of the implied covenant of good faith and fair dealing inherent in the Account Agreement, which damages undoubtedly number in the millions of dollars—quite possibly in excess of $100 million—and which damages will continue to accrue so long as UFB continues its account re-naming practices.

## THIRD CAUSE OF ACTION

### For Fraud

166.   Plaintiff repeats and realleges each of the foregoing allegations, as though fully set forth herein.

167.   UFB represented that Plaintiff and the Class members had opened its "highest-yielding savings account" and that the APY was variable.

168.   UFB's representations implied that the APY on the accounts opened by Plaintiff and the Class members would be the highest APY offered by UFB on any savings account at any time.

169.   UFB's representations further implied that the APY would vary in a non-arbitrary manner and that the APY would vary in accord with the federal funds rate.

170.   UFB's representations were false.

171.   Contrary to UFB's representations, shortly after Plaintiff and the Class members opened their accounts, UFB converted their accounts to Legacy Accounts, capped the APY on their accounts so it could not vary above an arbitrary percentage, and began offering higher-yielding savings accounts to new customers.

172.   UFB did not disclose to its Legacy Account holders that, if they wanted to continue having UFB's "highest-yielding account" they would have to contact UFB and open a new savings account.

173.   UFB knew that its representations were misleading and false when it made them.

174.   UFB's false representations were part of a pattern and practice that it repeated on at least ten different occasions over the course of two years.

175.   UFB intended that Plaintiff and the Class members would rely on its representations.

176.   UFB's fraudulent intent is evidenced by, among other things, that it was able to dupe Plaintiff and the Class members into leaving their funds in savings accounts with lower APY, whereby UFB was able to reap significant, undeserved profits from thousands of new depositors, as evidenced by Axos's most recent 10-K.

177.   In fact, Axos's CEO's compensation is tied to whether the Bank's profits exceed industry averages. If UFB can increase its deposits by promising its "highest-yielding" savings accounts, but then covertly converting those deposits to accounts with an APY that is far below those offered by other banks, then UFB's profits can exceed industry averages.

Case No.
PLAINTIFF MARK BLOSSER'S COMPLAINT FOR DAMAGES

178.   Plaintiff and the Class members reasonably relied upon UFB's misrepresentations, which were material to their decisions to deposit funds with UFB, and which were advertised nationwide.

179.   Indeed, Plaintiff and the Class members would have deposited their funds elsewhere if they had known UFB's true intentions.

180.   Plaintiff and the Class members were harmed in an amount equal to the APY they were promised and expected to receive from UFB, and/or the APY they would have received had they invested their savings at a competing bank or financial institution offering high yield savings that actually varied to match the federal funds rate (such as Bask Bank and/or Raisin (formerly SaveBetter)).

181.   In engaging in the conduct alleged herein, UFB acted with oppression, fraud, and/or malice justifying an award of punitive damages in an amount to be determined at trial up to ten times the amount of compensatory and consequential damages awarded to Plaintiff and putative Class members.

## FOURTH CAUSE OF ACTION

### For Violations of Cal. Bus. & Prof. Code § 17200

### (Unfair Competition Law)

182.   Plaintiff repeats and realleges each of the foregoing allegations, as though fully set forth herein.

183.   UFB's conduct described herein violates the Unfair Competition Law (the "UCL"), codified at California Business and Professions Code § 17200, *et seq.*

184.   The UCL prohibits, and provides civil remedies for, unfair competition. Its purpose is to protect both consumers and competitors by promoting fair competition in commercial markets for goods and services. In service of that purpose, the Legislature framed the UCL's substantive provisions in broad, sweeping language.

185.   By defining unfair competition to include "any unlawful, unfair or fraudulent business act or practice," the UCL permits violations of other laws to be

1    treated as unfair competition that is independently actionable and sweeps within its

2    scope acts and practices not specifically proscribed by any other law.

3        186.   UFB committed fraudulent business acts and practices in violation of

4    the UCL in the following respects, among others:

5        •   UFB represented that Plaintiff and the Class members had opened its

6            "highest-yielding savings account," but failed to disclose that would

7            only be the case for a very short period of time;

8        •   UFB's representations implied that the APY on the accounts opened by

9            Plaintiff and the Class member would be the highest APY offered by

10           UFB on any savings account at any time, which was false;

11       •   UFB's representations further implied that the APY would vary in a

12           non-arbitrary manner and that the APY would vary in accord with the

13           federal funds rate, which was false.

14       187.   The harm to Blosser and putative Class members arising from UFB's

15   unfair practices relating to the renaming of its "highest-yielding" savings accounts,

16   retiring its previous "highest-yielding" savings accounts as Legacy Accounts

17   without notice to such Legacy Accounts holders, and freezing the supposedly

18   "variable" interest rate on these Legacy Accounts while offering substantially higher

19   "variable" interest rates only to the bank's new account holders outweighs the utility,

20   if any, of those practices.

21       188.   Blosser relied on UFB's misrepresentations and omissions in its

22   Account Agreements, website and targeted advertisements concerning its product

23   offerings when opening and continuing to use their accounts, reasonably expecting

24   that they were at all times earning interest at the highest interest rate and APY offered

25   by the bank with respect to its savings accounts. Other than the interest rate paid on

26   the accounts, the high-yield savings accounts offered by UFB are identical. No

27   rational person would maintain an identical account that paid materially lower

28   interest absent UFB's wrongful conduct.

Case No.

189.   UFB's unfair business practices relating to the account re-naming scheme alleged herein are immoral, unethical, oppressive, unscrupulous, unconscionable, and/or substantially injurious to Blosser and putative Class members.

190.   As a result of UFB's violations of the UCL, Blosser and putative Class members have each lost substantial sums and will continue to suffer actual harm. By the same token, as a result of these same practices, UFB has unfairly reaped substantial gains by maximizing the gap between the interest rates it pays out to its customers who believe they are receiving the bank's best and highest available rates and the rates the bank itself earns on its customer's funds by investing those funds for itself in higher yielding products such as short term notes.

191.   Because UFB continues to deceive current and prospective accountholders, public injunctive relief under the UCL is also necessary.

**FIFTH CAUSE OF ACTION**

For Violations of Cal. Bus. & Prof. Code § 17500

(False Advertising Law)

192.   Plaintiff repeats and realleges each of the foregoing allegations, as though fully set forth herein.

193.   UFB's conduct described herein violates California's False Advertising Law (the "FAL"), codified at California Business and Professions Code section 17500, *et seq.*

194.   The FAL provides in pertinent part, that "[i]t is unlawful for any person, firm, corporation or association, or any employee thereof . . . to perform services, professional or otherwise, or anything of any nature whatsoever or to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated before the public in this state, or to make or disseminate or cause to be made or disseminated from this state before the public in any state, in any newspaper or other publication, or any advertising device, or by public outcry

or proclamation, or in any other manner or means whatever, including over the Internet, any statement, concerning . . . those services, professional or otherwise, or concerning any circumstance or matter of fact connected with the proposed performance or disposition thereof, which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading, or for any person, firm, or corporation to so make or disseminate or cause to be so made or disseminated any such statement as part of a plan or scheme with the intent not to sell . . . those services, professional or otherwise, so advertised at the price stated therein, or as so advertised. . . .

195.   Like the UCL, the FAL expressly provides for injunctive relief, and also contains provisions denoting its public purpose. A claim for injunctive relief under the FAL is brought by a plaintiff acting in the capacity of a private attorney general. Although the private litigant controls the litigation of a FAL claim, the private litigant is not entitled to recover compensatory damages for his own benefit, but only disgorgement of profits made by the defendant through untrue or misleading advertising in violation of the statutory scheme or restitution to victims of the untrue or misleading advertising.

196.   UFB engaged in untrue and/or misleading advertising practices in violation of the FAL in the following respects, among others:

- UFB represented that Plaintiff and the Class members had opened its "highest-yielding savings account," but failed to disclose that would only be the case for a very short period of time;

- UFB's representations implied that the APY on the accounts opened by Plaintiff and the Class member would be the highest APY offered by UFB on any savings account at any time, which was false;

- UFB's representations further implied that the APY would vary in a non-arbitrary manner and that the APY would vary in accord with the federal funds rate, which was false.

1    197.   The harm to Blosser and putative Class members arising from UFB's

2    untrue and/or misleading advertising practices relating to the APY available in

3    connection with its "highest-yielding" savings accounts outweighs the utility, if any,

4    of those practices.

5    198.   Blosser and putative Class members relied on UFB's

6    misrepresentations and omissions in its Account Agreements and targeted

7    advertisements concerning its product offerings when opening and continuing to use

8    their accounts, reasonably expecting that they were at all times earning interest at

9    the highest interest rate and APY offered by the bank with respect to its savings

10   accounts. Other than the interest rate paid on the accounts, the high-yield savings

11   accounts offered by UFB are identical. No rational person would maintain an

12   identical account that paid materially lower interest absent UFB's wrongful conduct.

13   199.   UFB's untrue and/or misleading advertising practices relating to the

14   interest rates and APYs available in connection with its "highest-yielding" savings

15   accounts as alleged herein are immoral, unethical, oppressive, unscrupulous,

16   unconscionable, and/or substantially injurious to Blosser and putative Class

17   members.

18   200.   As a result of UFB's violations of the FAL, Blosser and putative Class

19   members have each lost substantial sums and will continue to suffer actual harm. By

20   the same token, as a result of these same practices, UFB has unfairly reaped

21   substantial gains by maximizing the gap between the interest rates it pays out to its

22   customers who believe they are receiving the bank's best and highest available rates

23   and the rates the bank itself earns on its customer's funds by investing those funds

24   for itself in higher yielding products such as short term notes.

25   201.   Because UFB continues to deceive current and prospective

26   accountholders, public injunctive relief under the FAL is also necessary.

27   //

28   //

**SIXTH CAUSE OF ACTION**

For Violations of California Civil Code 1770(a)

(Consumer Legal Remedies Act)

202.    Plaintiff repeats and realleges each of the foregoing allegations, as though fully set forth herein.

203.    UFB's conduct described herein violates California's Consumer Legal Remedies Act (the "CLRA"), codified at California Civil Code 1770(a).

204.    Blosser and putative Class members opened UFB high-yield savings accounts because UFB represented that each of these savings accounts was UFB's "highest-yielding savings account."

205.    UFB failed to disclose that the advertised "highest-yielding savings account" would only be the bank's "highest-yielding" savings account for a very short period of time.

206.    UFB's representations that the APY on the accounts opened by Plaintiff and the Class members would be the highest APY offered by UFB on any savings account at any time were false.

207.    UFB's representations further implied that the APY would vary in a non-arbitrary manner and that the APY would vary in accord with the federal funds rate, which was false.

208.    UFB's misrepresentations constitute violations of the CLRA, *inter alia*, Cal. Civ. Code §§ 1770(a)(5), (9), (14), & (16) because Plaintiff is a consumer as defined by Civil Code §1761(d).  Defendant provides "goods" or "services" within the meaning of Civil Code §1761(a), (b) and 1770:

> § 1770(a)(5): Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that he or she does not have.
>
> § 1770(a)(9): Advertising goods or services with intent not to sell them as advertised.

§ 1770(a)(14): Representing that a transaction confers or involves rights, remedies, or obligations which it does not have or involve, or which are prohibited by law.

§ 1770(a)(16): Representing that the subject of a transaction has been supplied in accordance with a previous representation when it has not.

§ 1770(a)(19): Inserting an unconscionable provision in the contract.

209.   The harm to Blosser and putative Class members arising from UFB's unfair practices relating to the renaming of its "highest-yielding" savings accounts, reclassifying its previous "highest-yielding" savings accounts as Legacy Accounts without notice to such Legacy Accounts holders, and freezing the supposedly "variable" interest rate on these Legacy Accounts while offering substantially higher "variable" interest rates only to the bank's new account holders outweighs the utility, if any, of those practices.

210. Blosser and putative Class members relied on UFB's misrepresentations and omissions in its Account Agreements and targeted advertisements concerning its product offerings when opening and continuing to use their accounts, reasonably expecting that they were at all times earning interest at the highest interest rate and APY offered by the bank with respect to its savings accounts. Other than the interest rate paid on the accounts, the high-yield savings accounts offered by UFB are identical. No rational person would maintain an identical account that paid materially lower interest absent UFB's wrongful conduct.

211.   UFB's untrue and/or misleading advertising practices relating to the interest rates and APYs available in connection with its "highest-yielding" savings accounts as alleged herein are immoral, unethical, oppressive, unscrupulous, unconscionable, and/or substantially injurious to Blosser and putative Class members.

212.   As a result of UFB's violations of the CLRA, Blosser and putative Class members have each lost substantial sums and will continue to suffer actual harm. By the same token, as a result of these same practices, UFB has unfairly reaped

1    substantial gains by maximizing the gap between the interest rates it pays out to its

2    customers who believe they are receiving the bank's best and highest available rates

3    and the rates the bank itself earns on its customer's funds by investing those funds

4    for itself in higher yielding products such as short term notes.

5        213.   Defendant's violations of the CLRA are ongoing, and Plaintiff and

6    other Class members are seriously threatened, may be irreparably harmed, and

7    denied an effective and complete remedy if, pursuant to California Civil Code §

8    1780(a)(2) and (a)(5), this Court does not enter injunctive relief that includes, but is

9    not limited to, a requirement that Defendant refrain from continually reclassifying

10   Plaintiff's and putative class members' savings accounts to avoid paying its

11   "highest-yielding" rates.

12       214.   Legal remedies available to Plaintiff are inadequate because they are

13   not equally prompt, certain and efficient as equitable relief. Restitution can be

14   awarded in situations where the entitlement to damages are not available.

15   Additionally, damages and restitution are not necessarily the same amount, as

16   restitution is not limited to the amount of money Defendant wrongfully acquired plus

17   the legal rate of interest, but rather entitles the Plaintiff to recover all profits from

18   Defendant's wrongdoing. Legal remedies are also inadequate to prevent future harm.

19   Absent injunctive relief, Plaintiff will be unable to rely on the Defendant's

20   advertising and marketing in the future.

21       215.   Because UFB continues to deceive current and prospective

22   accountholders, injunctive relief under the CLRA is necessary.

23       216.   Blosser and putative Class members are entitled to, among other things,

24   attorney fees.

25       217.   Blosser, by his counsel, will send UFB a notice letter pursuant to Cal.

26   Civ. Code § 1782(a) on behalf of himself and the proposed Class to UFB for

27   violations of the CLRA.

28

PLAINTIFF MARK BLOSSER'S COMPLAINT FOR DAMAGES

218. If the 30-day notice period passes without UFB remedying its misconduct, Blosser will amend this Complaint to include claims for actual and punitive damages under Cal. Civ. Code § 1770, et seq.

**SEVENTH CAUSE OF ACTION**

For Violations of Arizona Consumer Fraud Act,

(A.R.S. § 44-1522)

219. Plaintiff repeats and realleges each of the foregoing allegations, as though fully set forth herein.

220. UFB's conduct described herein violates the Arizona Consumer Fraud Act (the "ACFA"), codified at (A.R.S. § 44-1522), *et seq.*

221. The ACFA makes unlawful the use of any "deception, deceptive act or practice, fraud, false pretense, false promise, misrepresentation, or concealment, suppression or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise [which includes services] whether or not any person has in fact been misled . . . ." A.R.S. § 44-1522(A).

222. Blosser and the Arizona Subclass members opened UFB high-yield savings accounts because UFB represented that each of these savings accounts was UFB's "highest-yielding savings account."

223. UFB's conduct violated the ACFA because:

- UFB failed to disclose that the advertised "highest-yielding savings account" would only be the bank's "highest-yielding" savings account for a very short period of time.

- UFB's representations implied that the APY on the accounts opened by Plaintiff and the Arizona Subclass members would be the highest APY offered by UFB on any savings account at any time, which was false;

//
//

- UFB's representations further implied that the APY would vary in a non-arbitrary manner and that the APY would vary in accord with the federal funds rate, which was false.

224. Such express and implied representations and omissions were material. A reasonable person would deem such information highly relevant to the decision whether to open and maintain a "highest yielding savings account," as Plaintiff did here.

225. Defendant knew these express and implied representations and omissions to be false.

226. Defendant intended for Plaintiff and the other Arizona Subclass members to act upon these express and implied representations and omissions by opening and maintaining "highest yielding savings accounts".

227. Plaintiff and the other Arizona Subclass members did not know about the less than highest interest rates they were receiving because Defendant actively concealed such information from them.

228. Plaintiff and the other Arizona Subclass members relied on these false representations and omissions and were reasonable and justified in doing so under the circumstances.

229. Plaintiff and the other Arizona Subclass members suffered damages from these false representations and omissions as they received lower interest payments than they otherwise would have received.

230. By this misconduct, Defendant, which knowingly and intentionally acted in concert at all times relevant hereto, violated A.R.S. § 44-1522(A).

231. Defendant acted with an evil heart guided by an evil mind and are therefore liable for punitive damages under Arizona law.

//

//

Case No.

# PRAYER FOR RELIEF

Wherefore, Plaintiff demand judgment:

(a)     Certifying this action as a class action, appointing Plaintiffs as the Class representative, and designating the undersigned as Class counsel;

(b)     Declaring UFB's conduct unlawful;

(c)     Enjoining UFB from the unlawful conduct alleged herein, including by ordering UFB to immediately provide variable, high-yield interest rates to all UFB savings account holders as advertised, which are commensurate with the rates applied to UFB's highest-yielding savings account product;

(d)     Awarding Plaintiffs and the Class damages under common law and/or by statute, and punitive damages;

(e)     Awarding Plaintiffs and the Class restitution and/or disgorgement;

(f)     Awarding Plaintiffs and the Class attorney fees, costs, and pre-judgment and post-judgment interest; and

(g)     Granting such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Date: February 8, 2024

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

By: _/s/ Helen I. Zeldes_
Helen I. Zeldes, Esq. (SBN 220051)
*hzeldes@sshhzlaw.com*
Joshua A. Fields (SBN 242938)
*jfields@sshhzlaw.com*
Aya Dardari (SBN 344039)
*adardari@sshhzlaw.com*
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4990

*Counsel for Plaintiff Mark Blosser and the Proposed Class.*

1

## DEMAND FOR JURY TRIAL

2        Plaintiff hereby demand a jury trial as to all issues so triable in the present

3  action.

4

5                               Respectfully submitted,

6  Date: February 8, 2024        **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

7

8                      By:  */s/ Helen I. Zeldes*

Helen I. Zeldes, Esq. (SBN 220051)

9                      *hzeldes@sshhzlaw.com*

Joshua A. Fields (SBN 242938)

10                    *jfields@sshhzlaw.com*

Aya Dardari (SBN 344039)

11                    *adardari@sshhzlaw.com*

501 West Broadway, Suite 800

12                    San Diego, California 92101

13                    Telephone: (619) 400-4990

14                    *Counsel for Plaintiff Mark Blosser and the Proposed Class.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1



# Personal Deposit Account Agreement
# and
# Schedule of Fees

# Effective: November 16, 2023

**ufb** DIRECT

# TABLE OF CONTENTS

## AGREEMENT FOR YOUR ACCOUNT ................................................................................ 5

Account Funding........................................................................................................5

Changes to This Agreement.......................................................................................5

Closing an Account....................................................................................................5

Compliance with Laws and Regulations .....................................................................5

Financial Information .................................................................................................5

General Use of Credit File Information .......................................................................5

Governing Law ..........................................................................................................6

Information You Give Us .............................................................................................6

Personal Information at Account Opening ...................................................................6

Service Charges ........................................................................................................6

Statements ...............................................................................................................6

Telephone Calls: Calling, Monitoring and Recording ..................................................6

## E- SIGN DISCLOSURE AND CONSENT........................................................................ 6

## PRIVACY POLICY ..................................................................................................... 8

## GENERAL BANKING INFORMATION AND TERMS .......................................................... 8

Accepting Deposits ...................................................................................................8

Account Ownership ...................................................................................................8

ACH New Account Funding .........................................................................................8

Annual Percentage Yield (APY)...................................................................................9

Available Balance ......................................................................................................9

Average Daily Balance ...............................................................................................9

Business Days...........................................................................................................9

Cash Deposits ..........................................................................................................9

Check Forms and Special Conditions.........................................................................9

Collected Balance......................................................................................................9

Converting Checks to Electronic Debits .....................................................................9

Death or Incompetence .............................................................................................9

Demand Drafts and Remotely Created Checks ...........................................................9

Endorsements ........................................................................................................10

Facsimile Signatures ...............................................................................................10

Foreign Items and Foreign Currency .........................................................................10

"Freezing" Your Account ..........................................................................................10

Ledger Balance .......................................................................................................10

Legal Process .........................................................................................................10

Limit on Number of Accounts ..................................................................................10

Overdrafts...............................................................................................................10

Our Receipt of Deposits ..........................................................................................10

Processing Transactions and Posting Orders............................................................11

Posting Orders........................................................................................................11

Changing Posting Orders ................................................................................................... 11
Posting Orders Determined at End of Day ....................................................................... 11
Payable on Death (POD) Designation ............................................................................. 11
Post-Dated Checks ............................................................................................................ 12
Powers Of Attorney ........................................................................................................... 12
Prohibited Transactions .................................................................................................... 12
Reclassification of Deposit Accounts ............................................................................... 12
Setoff ................................................................................................................................. 12
Stale-Dated Checks .......................................................................................................... 12
Stop Payment Request ..................................................................................................... 12
Substitute Checks, Indemnified Copies, Images and Image Replacement Copies ......... 13
Unclaimed Property – Accounts Presumed Inactive or Abandoned ................................ 13

## CHECKING AND SAVINGS ACCOUNTS - TRUTH IN SAVINGS DISCLOSURE ................. 13
Interest .............................................................................................................................. 13
Limitations on Withdrawals ............................................................................................... 14
UFB Freedom Checking ................................................................................................... 15
UFB Secure Money Market ............................................................................................... 15
UFB Secure Savings ......................................................................................................... 15
InsureGuard+ Savings ...................................................................................................... 15

## CERTIFICATES OF DEPOSITS ACCOUNTS (CDS) ............................................ 16
Types of Certificate of Deposit (CD) Accounts ............................................................... 16
Interest .............................................................................................................................. 16
Terms ................................................................................................................................ 16
Maturity Options ............................................................................................................... 16
Grace Period ..................................................................................................................... 16
Early Withdrawal Penalty .................................................................................................. 16

## LEGACY ACCOUNTS – NO LONGER AVAILABLE ........................................... 17
Airline Rewards Checking ................................................................................................. 17
Premium CashBack Checking ........................................................................................... 17
UFB High Rate Money Market ........................................................................................... 17
UFB High Rate Savings ..................................................................................................... 18
UFB Elite Money Market .................................................................................................... 18
UFB Elite Savings ............................................................................................................. 18
UFB Rewards Money Market ............................................................................................. 18
UFB Rewards Savings ....................................................................................................... 19
UFB Premium Money Market ............................................................................................ 19
UFB Money Market Account .............................................................................................. 19
UFB Premium Savings ...................................................................................................... 19
UFB Savings Account ........................................................................................................ 19
UFB Best Money Market ................................................................................................... 20
UFB Best Savings ............................................................................................................. 20
UFB Preferred Money Market ........................................................................................... 20
UFB Preferred Savings ...................................................................................................... 20
UFB Premier Money Market .............................................................................................. 21

**ufb** DIRECT®

UFB Premier Savings ................................................................................................................21

UFB Priority Money Market..........................................................................................................21

UFB Priority Savings ..................................................................................................................21

UFB High Yield Money Market .....................................................................................................22

UFB High Yield Savings ..............................................................................................................22

## FUNDS AVAILABILITY DISCLOSURE FOR PERSONAL ACCOUNTS............................... 22

## OVERDRAFTS AND NONSUFFICIENT FUNDS ................................................................... 25

## OVERDRAFT PROTECTION .................................................................................................. 25

## ELECTRONIC FUND TRANSFER (EFT) SERVICES ............................................................ 25

General Rules and Definitions .....................................................................................................25

Types of Transactions ................................................................................................................26

Limitations on Transfers .............................................................................................................27

Preauthorization Payments Holds ...............................................................................................27

Using your Card for International Transactions .............................................................................28

Documentation of Transfers ........................................................................................................28

Lost or Stolen Card or Unauthorized Transactions .......................................................................28

In Case of Errors or Questions about Your Electronic Transfers ...................................................28

Electronic Transaction Cancellations...........................................................................................28

Liability of Bank for Failure to Stop Payment of Preauthorized Transfer .......................................29

Your Liability for Unauthorized Electronic Funds Transfers ..........................................................29

Our Liability for Failure to Complete Electronic Funds Transfers ..................................................29

Amendments .............................................................................................................................29

Termination................................................................................................................................29

Confidentiality ...........................................................................................................................29

Transactions not Subject to Electronic Fund Transfer Act or Regulation E ....................................30

ATM Safety Tips .........................................................................................................................30

## OTHER ELECTRONIC FUND TRANSFER SERVICES: ....................................................... 30

Funds Transfer Services .............................................................................................................30

Fedwire .....................................................................................................................................30

## SENDING FUNDS TRANSFER: ............................................................................................. 30

Cutoff times for Payment Orders..................................................................................................30

Amending or Canceling Payment Orders. ....................................................................................31

Inconsistency of Name or Number. ..............................................................................................31

Sending Payment Orders ............................................................................................................31

Notice of Rejection. ....................................................................................................................31

Errors or Questions About Payment Orders .................................................................................31

## RECEIVING FUNDS TRANSFERS:........................................................................................ 31

ACH Provisional Payment Rule....................................................................................................31

Notice of Funds Transfer ............................................................................................................31

ACH Debits and Credits. .............................................................................................................31

## ONLINE BANKING AND BILL PAYMENT SERVICES .......................................................... 31

## SCHEDULE OF FEES ........................................................................................................... 36

**Account Services:** ....................................................................................................................36

**ufb** DIRECT®

**Statement and Research Services:**................................................................................................36

**Individual Retirement Account (IRA) Services:** ............................................................................36

**Wire Transfer Services: (Customers only):**..................................................................................36

**Other Fees:**....................................................................................................................................36

**ufb**DIRECT®

## Agreement for Your Account

Welcome and thank you for selecting UFB Direct® for your banking needs.

This Disclosure and Agreements ("Agreement") explains important terms and conditions which govern your account(s) with us. This agreement governs personal Deposit Accounts identified in this Agreement at UFB Direct (the "Bank"). By opening or maintaining a checking, savings or certificate of deposit (CD) account with us, you accept and agree to be bound by the terms and conditions of this Agreement.

This Agreement is periodically revised and always available electronically for your reference at www.ufbdirect.com. Please read this Agreement carefully and keep it with your banking records for future reference.

This disclosure describes the terms, services and the interest calculation with respect to the Deposit Accounts opened through the Bank's Website. This Agreement includes the following disclosures applicable to the Bank's personal deposit accounts that the Bank has provided to you (1) Account features, (2) Privacy Policy, (3) Electronic Funds Transfer Services, (4) Online Banking and Bill Payment Services (5) Funds Availability Policy, (6) Substitute Checks and Your Rights, and (7) any additional disclosures regarding your account(s) that the Bank will provide to you. Fees mentioned throughout this agreement can be found in the Schedule of Fees herein and on the Bank's website.

### Account Funding
You agree to fund your account within 30 days of account opening, or we may close the account.

### Changes to This Agreement
We may change this Agreement at any time. We may add new terms. We may delete or amend existing terms. We may add new accounts and services and discontinue existing accounts or services. We may convert existing accounts and services into new accounts and services.  We will give you reasonable notice in writing or by any method permitted by law of an adverse change to this Agreement.   However, we may make changes without prior notice unless otherwise required by law. We may, but do not have to, notify you of changes that we make for security reasons or that we believe are either beneficial or not adverse to you.

When we change this Agreement, the then-current version of this Agreement supersedes all prior versions and governs your account.  If you continue to use your account or keep it open, you are deemed to accept and agree to the change and are bound by the change. If you do not agree with a change, you may close your account as provided in this Agreement.

### Closing an Account
You agree to notify us of your intention to close your Deposit Account, and we reserve the right to request that your notice be in writing that affirmatively acknowledges that closing the account could affect your receipt of Financial Services. After a Deposit Account is closed, we have no obligation to accept deposits or pay any outstanding items or other debits, but we may do so at our option. You agree to hold us harmless for refusing to honor any check, item or other debit on a closed account.

For security reasons, we may close your Deposit Account and require you to open a new account if there is a change in authorized signers, there has been a forgery or fraud reported or committed involving your Deposit Account, any Deposit Account checks are lost or stolen, you have too many transfers from a Deposit Account that has transaction limitations, or you have violated any other provision of an agreement you have with us.

The Bank reserves the right to close your account for any reason or without cause. We need not advise you of the reason for taking this action. The Bank need not give advance notice of any closure. After an account is closed, we have no obligation to accept deposits or pay any outstanding items or other debits, but we may do so at our option. If your account is closed by the Bank, it may issue a single Cashier's Check for the account balance payable to accountholder and may mail or deliver that check to the accountholder, subject to any right the Bank may have under any agreement covering the account or the Bank's right of setoff.

### Compliance with Laws and Regulations
When you do business with us, you agree to all applicable laws, regulations or ordinances, and orders of governmental and governing authorities, including federal and state privacy laws and anti-money laundering laws. You agree not to use your account or services for any unlawful purpose, including unlawful internet gambling.

### Financial Information
You agree to provide us accurate and complete financial and other information we request in connection with a Deposit Account or Overdraft Account and the Banking Documents. Information concerning a Deposit Account or Overdraft Account may be reported to credit reporting agencies and will be made available when requested by proper legal process.

### General Use of Credit File Information
You certify as to the accuracy of the information you provide to us and authorize UFB Direct's affiliated consumer reporting agency/agencies to access your credit file to facilitate the processing of your application for UFB Direct financial products and to authenticate your identity for legal and regulatory compliance purposes. You understand that you may be asked questions

**ufb DIRECT**®

based on the information in your credit file as part of this process. You also understand that UFB Direct may review your credit history and past banking relationships.

## Governing Law
This Agreement is governed by federal laws and, when applicable, the laws of the State of California.

## Information You Give Us
When you open an account with us, you give us information about yourself and confirm that it is correct. We enter the information into our records. We will rely on that information until you notify us of a change and we have a reasonable time to act on the new information.

## Personal Information at Account Opening
Federal law, including the USA PATRIOT Act, requires all financial institutions to obtain, verify and record information that identifies each person or business that opens an account. When you apply for a personal account, we will ask for your legal name, residential address, date of birth and Social Security Number (SSN). We will require one or more forms of unexpired photo identification. We may validate the information you provide to us to ensure we have a reasonable belief of your identity. If we are not able to verify your identity to our satisfaction, we will not open your account or we may close the account if it was previously funded. When you apply for a business account, we will ask for your business name, address, and Tax Identification Number (TIN). We will also ask for your name, residential address, date of birth and social security number, which will allow us to verify your identity. We may validate the information you provide to us to ensure we have a reasonable belief of your identity and your business. If we are not able to verify your identity to our satisfaction, we will not open your account or we may close the account if it was previously funded.

## Service Charges
You agree to pay the charges as shown on the Schedule of Fees herein. As these charges are incurred, we will deduct the charges directly from the Deposit Account balance. We will not be liable for dishonor of your items or other debits resulting from our deduction of any charges as authorized by the Banking Documents.

## Statements
You will be able to review transactions, including images of the front and back of checks or other instruments drawn on your checking account daily through the Website. You should review your transaction history daily to protect your rights, including your right to dispute transactions that you believe are unauthorized. Daily transactions accumulate for a period of one month. You must review and verify your account transactions as if your transaction history shown on the website was a traditional periodic statement.

Check Safekeeping. Copies of your checks and other Items paid from your Deposit Account will be held by us instead of returned to you. An image of the front and back of the checks you write and are presented for payment will be deemed to be made available to you no later than the day after the items are presented to us for payment. We will keep the image copies of the front and back for seven (7) years. We will provide copies of Items upon written or e-mail request. We will assess a fee for providing such copies. See Schedule of Fees located herein.

Bank's Duty of Care. In accordance with reasonable banking standards, most checks and other Items presented to us for payment are processed through automated processing and, except in limited circumstances and subject to such reasonable sampling procedures as we establish at our discretion, most Items are not individually examined to verify your signature or that the Item is otherwise properly payable. You agree that we act within reasonable banking standards by processing most checks and other Items through automated processing systems.

## Telephone Calls: Calling, Monitoring and Recording
For our mutual protection, and to enable us to provide better service to you, we may monitor and/or tape-record any of our telephone conversations.

## E- Sign Disclosure and Consent

When applying for a Deposit Account or Loan with Axos Bank®, also known as UFB Direct, you will be asked to give your consent for the Bank to provide disclosures, communications and information to you electronically rather than paper form and agree to sign documents electronically, we will accept your electronic signature as though it were your handwritten signature.

The Disclosure and Consent Regarding Electronic (eSign) Signatures and Communications (the "Consent") provides the person(s) giving his/her consent below ("you" and "your") with information relating to your electronic receipt of disclosures and notices (collectively, the "Disclosures") in connection with your new Deposit Account or your loan transaction (the "Loan") pending with the Bank ("we", "us" and "our"). By providing your consent, you agree that we may send you any and all Disclosures (which are described below) relating to the Deposit Account or Loan in an electronic form. We will sometimes use the words "Electronic Records" as a short way to refer to the communications and information that we may provide electronically. Before you decide whether or not you wish to give your consent to receiving Electronic Records, you should read and consider the following information.

**ufb** DIRECT®

If you agree to provide your consent, click/check the "I Agree" button or sign at the bottom of the acknowledgement. The statement contains important information that we are required by law to provide to you. You should keep a copy for your records. If you have any questions about Electronic Records that are not answered, you can contact us as follows:

Send us an e-mail at customerservice@ufbdirect.com
Call us toll free at 1-844-773-0647 for loan questions
or 1-877-472-9200 for Deposit Account questions or write to us at:

**UFB Direct**
Corporate Headquarters
4350 La Jolla Village Drive, Suite 140 San Diego, CA 92122

Types of Disclosures and Notices that will be provided in Electronic Form. The Disclosures may include, without limitation, disclosures and notices under the Federal Equal Credit Opportunity Act and Federal Reserve Regulation B, the Federal Truth-in- Lending Act and Federal Reserve Regulation Z, the Federal Fair Credit Reporting Act, the Federal Electronic Fund Transfer Act and Federal Reserve Regulation E, , the Federal USA PATRIOT Act of 2001 and Title V of the Federal Gramm-Leach-Bliley Act, together with all rules and regulations that implement the same, as well as all other applicable federal, state and local laws, rules, regulations and ordinances. The Disclosures also include any other information, agreements, disclosures and notices that we wish to provide you in connection with the Deposit Account or Loan in an electronic form, even if the information, agreements, disclosures and notices are not required by these laws, rules, regulations or ordinances.

For Online Banking Services the Disclosures may include your periodic Account Statement (As part of the monthly account statement, you will receive information about your account), other periodic or special notices (such as hold notices on availability of funds, or error resolution notices if you assert your rights under the federal consumer protection laws and regulations). These include special notices that federal laws and regulations from time to time might require us to provide to you and Privacy notices and disclosures. (These notices provide you with information about our privacy practices and policies).

Your Right To Receive Paper Copies of the Disclosures. You have a right to receive certain Communications on paper and you are not required to consent to receiving those Communications electronically instead.  You are not required to consent to the electronic signature of documents. If you prefer not to provide your Consent, all of the Disclosures will be provided to you in a paper form. If you decide to provide your Consent, you should also print all disclosures and legal documents.

Your Right To Withdraw Your Consent. You have the right to withdraw your Consent at any time. You will not be charged any fees as a result of the withdrawal of your Consent. If you withdraw your Consent, any Disclosures provided to you after the effective date of the withdrawal will be provided in paper form. You may also receive paper copies of any Disclosures that were previously provided to you electronically as described in below.

Scope of Your Consent. Your Consent applies only to your electronic receipt of Disclosures and legal documents in connection with the origination, closing and servicing of the Loan or deposit account. Your Consent does not apply to other transactions that you may wish to enter into with us.

To Withdraw your Consent all you need to do is contact us using one of the Contacts described above.

What records will you provide to me electronically? If you consent, you will receive electronic records that relate to our online banking services. These will include the following types of documents:

- o   Your monthly account statement, if applicable. (As part of the monthly account statement, you will receive information about your account).
- o   Other periodic or special notices (error resolution notices if you assert your rights under the federal consumer protection laws and regulations). These include special notices that federal laws and regulations from time to time might require us to provide to you.
- o   Privacy notices and disclosures. (These notices provide you with information about our privacy practices and policies).

Do I have an option to regularly receive these records in non-electronic form? After you provide your Consent, you may receive, without charge, a paper copy of any Disclosures that have been provided to you electronically by contacting us using one of the Contacts described above. The Bank's Online Banking Service has been designed and built to provide records to you in electronic form. To put it another way, the system is an electronic banking system and it does not have a paper-based alternative.

Can I get a copy of the records in non-electronic form if a special need arises? At your request, we can prepare a paper- based version of any of the electronic records you receive, for up to five years after the date it was created.  If you want us to prepare a paper- based copy, you can request it by contacting us. Please refer to the Schedule of Fees herein for any costs associated with this service.

If I consent to electronic records now, and change my mind, what can I do and what are the consequences? You can change your mind, and withdraw your consent, at any time, and provide notification to us at the contact information above requesting paper statements and documents be provided to you.  However, remember that the Online Banking Service does not support

**ufb** DIRECT®

paper-based communications. So the consequence to you, if you withdraw your consent to electronic records, is that your access to and your ability to use the Online Banking Service will end.

Change of your designated E-Mail Address. If you change your designated e-mail address, you must notify the Bank to ensure continued delivery of electronic records.

Are there any hardware or software requirements for me to access or retain the electronic records? You will need a computer with sufficient memory to store electronic records, and with a working connection to the Internet. You will need an internet connection; a Current Version of Internet Explorer, Chrome, Safari, or Firefox; an active e-mail account and related software for accessing the email account; a Current Version of a program that accurately reads and displays PDF files; and a device with an operating system capable of supporting previous items. Your browser will need to have a minimum of 128-bit encryption capabilities. You are responsible for configuring your system to accommodate these requirements. Finally, you will need a printer if you want to print copies of electronic records.

If we change the minimum hardware or software requirements needed to access or retain electronic records, and the change creates a material risk that you will not be able to access or retain a subsequent record, then before the change takes effect we will let you know about the change and let you know what the new requirements are.

We will notify you by e-mail, and at that time you will be allowed to choose whether you still want to give us your consent to receive communications or information by electronic records. If not, you will be allowed to withdraw your consent at that time, without any fee or charge by us.

However, if you withdraw your consent, you may not be able to access the Online Banking Services without upgraded hardware or software. Then, your ability to use the Online Banking Service could also end (as described above, under "If I consent to electronic records now, and change my mind, what can I do and what are the consequences?").

How will the electronic records be provided to me? All Disclosures are available on the Bank's Website and can be accessed by clicking on the "Disclosures" tab. Other periodic or special notices will be sent to you by e-mail, unless they contain confidential account information at which time they will be sent by secure email through the online banking service on our Website. Your monthly account statements, if applicable, contain confidential information, so they will be stored for you to access (print or review) on the online banking service on our Website, at www.ufbdirect.com and will be available to you, for at least 2 years following the date it is first posted.

To access your monthly statements and any notices sent by secure email, you will need to sign-in to the online banking service of the Bank's Website.

Are there other special requirements for electronic records? You must provide us with your current e-mail address, and keep it current with us at all times. Otherwise, you may not receive electronic records in a timely manner. If you download or print any confidential materials, such as your monthly statements, be sure that, you store them in a secure environment.

## Privacy Policy

We recognize, respect and protect the personal privacy rights of all our customers and work diligently to safeguard your privacy. We are committed to providing the highest level of security and privacy regarding the collection and use of our customers' personal information, as well as the personal information of all consumers who visit our institution.

The following Privacy Policy explains how we use and protect the information about our customers. We ask that you read it carefully. Privacy Policy

## General Banking Information and Terms

### Accepting Deposits
You authorize us to accept items for deposit to your deposit account if they are made payable to you. You also authorize us to deposit to your account wire transfers and other forms of credit (such as direct deposits or other automated clearinghouse entries) received for your benefit.

### Account Ownership
The bank may rely solely on its records to determine the form of ownership of your account. The bank may presume that any person named in addition to you in its records for your account owns the funds in your account as a co-owner. Account ownership is non transferrable.

### ACH New Account Funding
ACH Funding will be posted upon final credit from the external bank; typically 2 - 3 business days after the new account is opened.

**ufb** DIRECT®

### Annual Percentage Yield (APY)

APY is the total amount of interest paid on an account, based on the interest rate and the frequency of compounding for a 365-day period (366-day period in a leap year), and is expressed as a percentage.

### Available Balance

Available Balance is the amount of funds available for withdrawal and authorizing transactions. Your Available Balance may be different than your ledger Balance or Collected Balance. The Available Balance is reduced by 1) the amount of pending transactions, such as a point-of-sale transaction; 2) funds on hold in accordance with our funds availability policy; 3) our receipt of notice that a transaction will be presented or returned; 4) our receipt of legal process relating to your account; or 5) your use of your account as a security for a loan.

### Average Daily Balance

Average daily balance is determined by taking the end-of-day balance in the account for each day in the statement period, add those balances together, and then divide by the number of days in the statement period.

### Business Days

Our Business Days are Monday through Friday, excluding federal holidays.

### Cash Deposits

Please do not send cash deposits. In the event that cash deposits are received by the Bank, you agree that the Bank's determination of the amount of the deposit will be conclusive. The Bank is not liable for any deposits, including cash, lost in the mail.

### Check Forms and Special Conditions

We require you to use a check printer that meets technical standards for checks that are acceptable to us and the Federal Reserve Bank System. We reserve the right to disregard any information on the check other than the drawer's signature, the payee, the amount, any magnetically-encoded information at the bottom of the check, and endorsements on the reverse side of the check unless we have previously agreed to do so in writing. For example, we will not be liable for any damages because we pay an Item which contained any conditional statement or restriction such as "Void after 90 days", "Void over $100", "Payment in Full", or "Two Signatures Required". We will adhere to such conditional statements only if you notify us of the statements before the Item is presented and we have specifically agreed in writing to honor such conditional payment restrictions. If an Item is returned or payment is delayed as a result of any writing or marking that you or a prior endorser placed on the front or back of the Item, you will be responsible for any cost and liabilities associated with such return or delay.

### Collected Balance

Collected Balance is the Ledger Balance minus the amount of any deposited checks for which we have not received provisional credit from the bank of account. Your Collected Balance may be different than your Available Balance.

### Converting Checks to Electronic Debits

Some businesses convert checks that you give them into electronic debits, sometimes referred to as an electronic check. When we receive the electronic debit, we charge your account immediately after the business enters the transaction, so you may have a reduced right to stop payment and may incur an overdraft if you do not have sufficient funds in your account to cover the amount of the check at the time you write the check or authorize the transaction. Since the check is not sent to us, we do not have a copy of your check. We list these electronic debits on your account statement. If the business uses your check to initiate an electronic debit at the point of sale, the business should give you notice of the conversion and return the voided check to you. You should treat the voided check with care because someone else who obtains possession of it could use the information to initiate additional debits against your account.

### Death or Incompetence

You agree to notify us promptly if any owner or authorized signor on your account dies or is declared incompetent by a court. Until we receive a notice of death or incompetency, we may act with respect to any account or service as if all owners, signers or other persons are alive and competent and we will not be liable for any actions or inactions taken on that basis.  If you give us instructions regarding your account, and you or another owner of the account subsequently dies or is declared incompetent, we may act on the instructions unless we receive written notice of death or competency prior to honoring such instructions.

When we receive a notice that an owner has died or been declared incompetent, we may place a hold on your account and refuse to accept deposits or permit withdrawals. We may hold any funds in your account until we know the identity of the successor.  If a deposit including salary, pension, Social Security and Supplemental Security Income (SSI) – payable to deceased owner is credited to the account after the date the deceased owner died, we may debit the account for the deposit and return it to the payer.

### Demand Drafts and Remotely Created Checks

If you deposit a demand draft or remotely created check (an unsigned draft or preauthorized draft) into your account, you warrant and guarantee that the draft or remotely created check is authorized according to the terms on its face by the person(s) identified as the drawer. You agree to indemnify us from all loss, expense and liability related to a claim that such check or draft was not authorized by the persons on whose account it was drawn on

**ufb** DIRECT®

## Endorsements

You authorize us to supply any missing endorsements if items are made payable to you or your order and you have not endorsed them. You warrant that all endorsements on items deposited to your account are genuine. Endorsements must be placed only in the area so designated on the back of an Item.

## Facsimile Signatures

If you use any form of facsimile signature in connection with the Deposit Account, you agree to deliver a sample to us before you begin using it, and to execute and deliver agreements in a form we require. When you use a facsimile signature or other form of automated signature device in connection with the Deposit Account, you agree you shall have the sole responsibility for maintaining security of the facsimile signature or device by which it is affixed, and you shall bear the entire risk for unauthorized use thereof, whether or not you are negligent, except as may be required by law. You agree that no facsimile signature we have been authorized to honor may be considered a forgery or an unauthorized signature, and that such facsimile or automated signature shall be effective as your signature or endorsement, whether or not you have been negligent. You further agree to indemnify and hold us harmless from and against any and all loss, costs, damage, liability, or exposure (including reasonable attorneys' fees) you may suffer or incur as a result of the unlawful use, unauthorized use, or misuse by any person of any such facsimile or automated signature or the device by which it is affixed.

## Foreign Items and Foreign Currency

A foreign item is a check or other item in any currency (including United States dollars) that is drawn on a bank or branch located outside of the United States. A foreign currency is any currency other than United States dollars. Some foreign items are payable in United States dollars.

## "Freezing" Your Account

If we decide to close your account, we may freeze it. If we do this, we may in our discretion either accept or return deposits, checks and other items that we may receive after we freeze your account without being liable to you.  If at any time we believe that your account may be subject to irregular, unauthorized, fraudulent or illegal activity, we may, in our discretion, freeze the funds in the account and in other accounts you maintain with us, without liability to you, until such time we can complete our investigation of the account and transactions. If we do freeze the funds in your account, we will provide you with a notice. We may not provide this notice to you prior to freezing the account if we believe that such notice could result in a security risk to us or the owner of the funds in the account.

## Ledger Balance

Ledger Balance is the aggregate amount of funds in an account according to our records, and includes electronic credits and all cash and check deposits, even if we have not yet received credit for some or all of the deposited checks from the bank of account. Your Ledger Balance may be different than your Available Balance or Collected Balance.

## Legal Process

Legal process includes a writ of attachment, execution, garnishment, tax withholding order, levy, restraining order, subpoena, warrant, injunction, government agency request for information, search warrant, forfeiture or other similar order. We may accept and comply with legal process: served in person, by mail, by facsimile transmission, or by other means.  You direct us not to contest the legal process. We may, but are not required to, send a notice to you of the legal process. We do not send a notice if we believe the law prohibits us from doing so.

We may hold and turn over funds or other property to the court or creditor as directed by the legal process, subject to our right of setoff.

## Limit on Number of Accounts

The Bank reserves the right to limit the number of account types per account holder or per household.  The term "household" refers to all persons occupying an individual housing unit, whether a single person or two or more unrelated persons.

## Overdrafts

If any Item or other debit presented to us will overdraw the available account balance, including any balance in an overdraft protection account ("ODP Account") we have established for you, we will charge you a fee, whether we pay the Item or dishonor it. You agree immediately upon notice from us to deposit funds sufficient to cover the overdraft plus applicable charges. In connection with overdrafts, our determination of the Deposit Account balance may be made at any time between presentment and our predetermined deadline, and need only be made one time. If we pay Items or permit withdrawals which overdraw the available Deposit Account balance (whether once or repeatedly), we do so at our discretion without any obligation to continue to do so.

## Our Receipt of Deposits

In receiving deposits, we act only as your collecting agent and assume no responsibility beyond the exercise of ordinary care. All deposits are posted to your designated deposit account conditionally, and only if the item is payable in U.S. dollars, subject to our receipt of final payment. If final payment is not received on any item you deposited to your account or that we cashed for you, or if any direct deposit, automated clearinghouse deposit or electronic fund transfer to your account is dishonored by the issuing financial institution for any reason, you agree to pay us the amount of the dishonored deposited funds, and you authorize us to debit any deposit account with us of which you are an owner, without prior notice and at any time, for the amount of the

10

returned item or other deposit. You also authorize us to debit your account for the amount of our returned item fee, any interest paid on the deposit, and any other fee we pay or loss we incur. We may also use any other legal remedy to recover the amount you owe us. We are not responsible for any transactions, including any transactions sent through the mail, until we actually receive and post the transaction to your account. We are not liable for the default or negligence of our duly selected agents or correspondents, nor for losses in transit.

## Processing Transactions and Posting Orders

Posting transactions to your account impacts your account balance. Posting a credit increases your balance. Posting a debit or hold reduces your balance. Credits include but are not limited to the following: teller deposits, direct deposits and credits we make. Holds include but are not limited to the following: deposit holds, debit card authorizations, and holds related to cash withdrawals and electronic transfers. Debits include withdrawals, transfers, payments, checks, one-time and recurring debit card transactions, and fees. We use automated systems to process transactions and then to post transactions to accounts. When we process multiple transactions for your account on the same day, you agree that we may in our discretion determine our posting orders for the transactions and that we may credit, authorize, accept, pay, decline or return credits, debits and holds in any order at our option.

## Posting Orders

This section summarizes how we generally post some common transactions to your account. We group the different types of transactions into categories. We use several different categories for holds, credits, and debits. Most categories include more than one transaction type. After the end of the business day, our automated systems assign each transaction received for that day to a category. We generally post all transactions within a category, using the posting order or orders that apply to that category, before we post any transactions assigned to the next category.

We start with the balance in your account at the beginning of the business day, subtract holds from your balance, and make any adjustments from prior days. Next, we generally add credits to your balance and then subtract debits from your balance.

## Changing Posting Orders

You agree that we may determine in our discretion the orders in which we post transactions to your account.

You agree that we may determine in our discretion the categories, the transactions within a category, the order among categories, and the posting orders within a category. We sometimes add or delete categories, change posting orders within categories and move transaction types among categories. You agree that we may in our discretion make these changes at any time without notice to you.

## Posting Orders Determined at End of Day

We receive credits, debits and holds throughout the day. Regardless of when during the day we receive transactions for your account, you agree that we may treat them as if we received all transactions at the same time at the end of the business day.

During the day, we show some transactions as processing. As an example, we show some transactions as processing on the Account Details screen in Online Banking. Please note that transactions shown as processing have not been posted yet. The posting order for these transactions is determined at the end of the day, with the other transactions we receive for that day.

You should note that often we do not receive debits on the same day that you conduct them. As an example, when you use your debit card to pay for a purchase at a merchant and sign for the transaction, we usually receive an authorization request from the merchant the same day, but we might not receive the final debit card transaction for payment and posting until several days later.

We generally post credits and debits to your account, and report them on your statement, in a different order than the order in which you conduct them or we receive them.

## Payable on Death (POD) Designation

You may designate to whom you wish funds in your account to be payable in the event of your death, subject to the following terms and conditions:

- Accounts held in the names of two or more persons (Account Owners) will become payable to the designated Payable on Death beneficiary or beneficiaries only upon the death of all account Owners.
- Where there is more than one beneficiary, the funds in your account will be paid to each of the beneficiaries.
- The share of any beneficiary who predeceases the account Owner(s) will be paid to the remaining beneficiary or beneficiaries, if there are any.
- You may change your designated beneficiary or beneficiaries at any time by submitting a request.

Payment made in accordance with provisions of your Payable on Death designation will discharge the Bank from liability for funds so paid, unless prior to payment the Bank has been served with a court order or other appropriate legal process restraining payment.

**ufb** DIRECT®

## Post-Dated Checks

We agree not to pay an Item that you have postdated before the date shown on the Item only if we receive reasonable advance written notice from you before the Item is presented, and you follow the procedures for and pay the fees associated with a Stop Payment Order. Your notice to us must specify the payee, date, amount, and Item number and the fact that you have postdated it. Notices regarding postdated Items are effective only for six (6) months from the date of the Stop Payment Order, and must be renewed to continue to be effective beyond that time. You agree that we may return a postdated Item to the presenter before the date shown on the Item without liability for wrongful dishonor. We may pay or dishonor a check more than six (6) months old without prior notice to you.

## Powers Of Attorney

An account owner granting a power of attorney over a Deposit Account is called the "Principal", and the person acting for the Principal is called the attorney-in-fact, or "Agent". We may refuse to accept a power of attorney for any reason, and we will require verification through direct contact with the Principal and the Principal's legal counsel. We may require the Agent to sign an affidavit stating that the power of attorney presented to us is a true copy and that the Principal continues to be alive and competent and that the relevant powers of the Agent have not been amended or terminated. The Agent is responsible to us if any information in an affidavit furnished to us is untrue or materially misleading or if the Agent exceeds the authority granted by the Principal in the power of attorney. The Agent is required to notify us in writing if the Principal or any other account owner dies or is declared incompetent. Upon death or declared incompetence of the Principal, the Agent's power of attorney ceases.

## Prohibited Transactions

We strictly prohibit the use of any account to conduct transactions (including, without limitation, the acceptance or receipt of credit or other receipt of funds through an electronic funds transfer, or by check, draft, or similar instrument, or the proceeds of any foregoing) related, directly or indirectly, to federally controlled substances. You agree not to conduct any transactions through the account, which directly or indirectly involve or are related to federally controlled substances, including, without limitation, the acceptance or receipt of any funds or deposits in connection therewith. You also agree not to use your account or any other illegal activity.

## Reclassification of Deposit Accounts

Under federal law, we are required to classify our deposits a certain way for regulatory reporting purposes. The following disclosure explains a change we may make to your Account that, ultimately, has no effect on your Account. We are simply changing the way we report deposit accounts to the government. The change to your Checking Account will not affect your available balance, interest earnings, FDIC insurance, or bank statement. The Account will consist of a checking sub-account and a savings sub-account, and the Bank may periodically transfer funds between these two sub-accounts. On a sixth transfer during a calendar month, any funds in the savings sub-account will be transferred back to the checking sub-account. If your Account is a plan on which interest is paid, your interest calculations remain the same. Otherwise, the savings sub-account will be governed by the rules governing our other savings accounts. This change will be transparent to you and will not affect your statement, any terms and conditions of your account, or any other items in your account.

## Setoff

You agree that we have the right (without prior notice and when permitted by law) to set-off the funds in a Deposit Account against any amount due and payable to us by you. This right of set-off does not apply to your Deposit Account to the extent restricted or prohibited by law or contract.

## Stale-Dated Checks

We may choose to pay or not to pay, or accept for deposit, any check presented more than 6 months after the date written on the check unless there is a valid stop payment order in effect. We are not responsible for any liability you may incur as a result of our decision to pay, not to pay or accept for deposit such an item.

## Stop Payment Request

To place a stop payment order on a check or other Item ("Stop Payment Order"), you can use the Website after you login, or write to Customer Service, 4350 La Jolla Village Drive, Suite 140, San Diego, CA 92122. If you use the Website, you must fully complete the Stop Payment Request or the ACH Stop Payment Request Order form. If you use any other method to place the Stop Payment Order, your communication must include the exact amount of the check or other Item, the number of the check, your Deposit Account number, and the name of the payee. We cannot be responsible for the consequences of paying an Item if it is not described with reasonable certainty, or if we are not given reasonable time to place the stop payment. Our acceptance of a Stop Payment Order does not constitute a representation that the Item has not already been paid or that we have a reasonable opportunity to act upon the order. We require written or Website confirmation prior to accepting a Stop Payment Order.

Written Stop Payment Orders, and stop payments entered online, are effective for six (6) months and must be renewed by you to continue to be effective after that time. There is a charge for each Stop Payment Order request and for each renewal. You agree to hold us harmless from all liability because we refuse to pay an Item subject to your Stop Payment Order. If we re-credit your Deposit Account after paying an Item over a valid and timely Stop Payment Order, you agree to sign a statement describing the dispute you have with the payee, to transfer to us all of your rights against the payee or other holder of the Item, and to assist us in any attempt we make to recover the funds from that person.

**ufb** DIRECT®

Duration of Order. Written Stop Payment Orders, and stop payments entered online, are effective for six (6) months and must be renewed by you to continue to be effective after that time. There is a charge for each Stop Payment Order request and for each renewal.

Hold Harmless. You agree to hold us harmless from all liability because we refuse to pay an Item subject to your Stop Payment Order. If we re-credit your Deposit Account after paying an Item over a valid and timely Stop Payment Order, you agree to sign a statement describing the dispute you have with the payee, to transfer to us all of your rights against the payee or other holder of the Item, and to assist us in any attempt we make to recover the funds from that person.

Unsigned Drafts. If you voluntarily give information about your Deposit Account (such as our routing and transit number and your account number) to a person who is seeking to sell you goods or services or collect a debt, we may consider any resulting debit as authorized by you, even if you did not physically deliver a check to the person or personally sign the instrument, unless you notify us to the contrary in accordance with our rules on Stop Payment Orders. If we receive pre-notification of a transaction, we will make a reasonable attempt to notify you of the pending transaction.

Cashier's Checks, We will accept a stop payment order for a Cashier's Check only if it has been lost, stolen or destroyed. We will not issue a replacement check sooner than 90 days after the issue date of the Cashier's Check.

### Substitute Checks, Indemnified Copies, Images and Image Replacement Copies

In some cases, we may receive an indemnified copy of your original check, an image replacement document (IRD), a substitute check or an image of your check, instead of the original item. We may act upon presentment of an IRD, indemnified copy, substitute check or image of your check, and pay these items against your account, just as if the original item had been presented.

### Unclaimed Property – Accounts Presumed Inactive or Abandoned

We define inactive as no customer initiated activity, other than interest posting, and no contact between the customer and the Bank for a minimum period of 24 months. If your account is dormant, the Bank may hold all statements on your account, but the Bank's normal maintenance, *service* and other fees will continue to be assessed except where prohibited and ATM and POS access may be blocked. Each state has laws that govern when accounts are considered "abandoned" and when we are required to send a customer's funds to the state. This definition may not be consistent with the laws of your state; however, in accordance with California State law, if an account remains in an inactive status for three years, the funds are considered abandoned. We will send you a letter if it's possible that your account is at risk of being transferred to the state. Dormant accounts (if interest bearing) will continue to earn interest, and will be subject to such service charges as may be shown on the Schedule of Fees herein. We will attempt to notify owners of inactive accounts with an e-mail notice to review their account and to communicate with us about it. We will surrender the funds in your inactive account to the state of your last known address on file at the Bank if the account remains inactive for the time period designated by that state. Accounts with a foreign address on file will be surrendered to the state of California. Once the account is turned over to the state, you may reclaim the funds by presenting adequate proof of ownership to the appropriate state. We will have no further liability to you for such funds. When the funds in your account are delivered to the state, your account is closed, and no interest accrues. We encourage you to make sure your accounts remain active so you have full use of your accounts, and avoid the potential of having your account funds transferred to the state as "abandoned or unclaimed property".

## Checking and Savings Accounts - Truth in Savings Disclosure

From time to time, we may offer you or you may open a variety of deposit accounts. Each such account (the "Account") is subject to the general terms and conditions and any specific terms and conditions relating to that type of account that may be set forth in this Agreement. This disclosure describes the terms, services and the interest calculation with respect to the Deposit Accounts opened through the Bank's Website. All Checking and Savings accounts are variable accounts and these rates are subject to change without notice. This Truth in Savings disclosure refers to the Schedule of Fees herein.

### Interest

If your account earns Interest, the following information applies unless otherwise specified in the description for your account type:

Rate Information:

- The interest rate and corresponding APY for savings and money market accounts are variable and are set at our discretion.
- Your interest rate and annual percentage yield may change.
- Fees may reduce earnings.
- At our discretion, we may change the interest rate on your account.
- We may change the interest rate on your account at any time.
- Interest rates and APYs for different balance ranges are listed on the Bank's website.

**ufb** DIRECT®

- We reserve the right to change balance ranges or apply the same interest rate to more than one range.

Balance Computation Method:  We use the daily balance method to calculate the interest on your account.  This method applies a daily periodic rate to the balance in the account each day.

Compounding and Crediting:  Interest is compounded daily and calculated on a 365/366 day basis.  Interest is credited on a monthly basis.

Accrual of Interest on Noncash Deposits:  Interest begins to accrue no later than the business day we receive credit for the deposit of noncash items (for example, checks).

Right to require advance notice of withdrawals: For all savings accounts and all interest-bearing checking accounts, we reserve the right to require seven days' prior written notice of withdrawal. Although we usually pay withdrawals or checks without prior notice on these accounts, doing so does not mean that we give up that right.

Limitations on Withdrawals
The Bank may choose to impose limits on the number of certain types of withdrawals and transfers you can make each month from your savings or money market account.  Please note, that these limits do not apply to withdrawals or transfers made at a branch, by mail or at an ATM. You can make no more than a combined total of six (6) per month or monthly statement cycle (subject to Available Balance) from among the following:

- Preauthorized transfers (including transfers for overdraft protection)
- Telephone transfers or other electronic transmissions
- Online Banking and Mobile Banking transfers or bill payment transfers
- Transfers by check, draft, debit card, if allowed on your savings account
- We count checks for the purposes of transaction limitations as of the date the check posts to your account (not as of the date you write them)

In addition, each time a transfer is paid against your account in excess of those allowed by the Bank, you will be assessed an "Excess Transaction or Withdrawal Fee". See Schedule of Fees herein.

If you exceed the transfer limits on more than an occasional basis, we may convert your account to one not subject to transfer limitations or close your account. If we close or convert your account, you will receive a separate communication from us informing you of our actions.

We  may refuse to allow any withdrawals without the Bank creating liability to you, if we have a concern that one or more transactions on your account may have been unauthorized or fraudulent, if there is a dispute concerning the Deposit Account that makes us uncertain regarding the instructions that have been given, the Deposit Account is garnished or attached, the Deposit Account has been pledged to the Bank as collateral for a debt, the availability of the funds on deposit cannot be verified, any required documentation has not been presented, or you have failed to repay an obligation to us on time.

**REFER TO THE ACCOUNT DESCRIPTION FOR YOUR ACCOUNT TYPE BELOW FOR ADDITIONAL IMPORTANT INFORMATION REGARDING YOUR ACCOUNT.**

**ufb** DIRECT®

**UFB Freedom Checking**
  *Account Features:*
- Non-interest-bearing account
- Free Online Banking
- No Bill Pay Fee
- Free Debit Card
- Up to $10.00 Domestic ATM Fees Reimbursed per month

*Minimum Balance Required to Open the Account:* None
*Monthly Maintenance Fees:* $2.00 if average daily ledger balance falls below $100

**UFB Secure Money Market**
  *Account Features:*
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
    o $0–$9,999.99
    o $10,000–$24,999.99
    o $25,000–$49,999.99
    o $50,000–$99,999.99
    o >$100,000

*Minimum Balance Required to Open the Account:* No Minimum
*Monthly Maintenance Fees:* $10.00, if average daily ledger balance falls below $5,000.

**UFB Secure Savings**
  *Account Features:*
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
    o $0–$9,999.99
    o $10,000–$24,999.99
    o $25,000–$49,999.99
    o $50,000–$99,999.99
    o >$100,000

*Minimum Balance Required to Open the Account:* No Minimum
*Monthly Maintenance Fees:* None

**InsureGuard+ Savings**
  *Account Features:*
- Interest-bearing account
- The InsureGuard+ Savings account is a variable rate account, which may change anytime without notice.
- No Non-Sufficient Fund or Overdraft Fee
- InsureGuard+ Savings is available to individuals who maintain an average daily balance of $500,000 or more in the IntraFi® Network of which $245,000 must be held in the InsureGuard+ Savings account. If total balances do not meet the InsureGuard+ Savings requirements for two (2) monthly statement cycles, you may no longer be eligible to participate in the InsureGuard+ Savings Program, and Axos may contact you to help determine an alternate Axos Product.
- IntraFi® Network Agreement required for this service.

*Minimum Balance Required to Open the Account:* $245,000.00
*Monthly Maintenance Fees:* None

**ufb**DIRECT®

## Certificates of Deposits Accounts (CDs)

When you open a Certificate of Deposit Account, you agree to keep your funds in the account until the maturity date.  You must deposit at least $1,000 to open a Certificate of Deposit Account. We provide a confirmation notice that serves as the certificate. Certificates of deposit are opened for a fixed amount and held for a specific term. Withdrawal prior to the maturity of the term selected will result in an early redemption fee which will substantially reduce the interest earned and could result in the loss of some of the principal.

### Types of Certificate of Deposit (CD) Accounts

Interest rates on Certificate of Deposit Accounts will vary based on the term requested. The interest rate and annual percentage yield (APY) on the Certificate of Deposit Account is determined on the day we receive your application. This rate is reserved for a period of 5 business days to allow time for your deposit to arrive. Our current rates and annual percentage yields (APY) for time deposits as of today can be found at our Website, [www.ufbdirect.com](http://www.ufbdirect.com)

### Interest

We use the daily balance method to calculate the interest on your account. Interest begins to accrue on the business day you deposit non-cash items (for example, checks). Interest is compounded daily and credited monthly. Interest begins to accrue on the business day you deposit non-cash items (for example, checks). Interest is compounded daily and credited monthly. We may change the interest rate from time to time, at our discretion.  The annual percentage yield (APY) assumes that interest remains on deposit until maturity. A withdrawal of interest will reduce earnings. You must maintain the entire balance in the account until maturity to obtain the disclosed annual percentage yield.

### Terms

Terms for Certificates of Deposit are offered in monthly increments up to five years.

### Maturity Options

Personal Certificate of Deposit (CDs) Accounts automatically renew for the same term and at the current interest rate then paid for the term in which the Account was renewed. Special 13-Month Certificate of Deposit will automatically renew for 12-Months and at the current interest rate. The current interest rates are always available on our Website. You may also email or call us on the maturity date and we can tell you what the interest rate will be for the next renewal term.

In the event you wish to close out your Certificate of Deposit Account at maturity, you can contact us via secure email, telephone or provide instructions in writing. Close out funds can be provided either by bank check or via a wire transfer. In the event you elect to transfer funds via a wire transfer, the Bank's Wire Transfer Form is to be completed and forwarded to the Bank, a fee will apply.

### Grace Period

If the Certificate of Deposit Account automatically renews, you have 10 days from the maturity date that you can make changes to your CD's term, rate, or make additional deposits or withdraw funds without penalty before it automatically renews for the same term. This time period is referred to as the "Grace Period". Interest earned during one term that is not withdrawn during or within the ten day grace period immediately after that term is added to principal for the renewal term.  If you close the Certificate of Deposit during the grace period, you will forfeit any interest accrued since the maturity date.

### Early Withdrawal Penalty

You have contracted to keep your funds on deposit for the agreed term. You may not withdraw all or part of a CD except as provided in this Agreement.  At our discretion, we may allow you to withdraw all or part of your funds at times other than the grace period. We withdraw interest before principal. Each time we permit you to make an early withdrawal of principal; we may charge you an early withdrawal penalty. If your account has not earned enough interest to cover an early withdrawal penalty, we deduct any interest first and take the remainder of the penalty from your principal.

If we are required to pay an amount from your CD (i.e. levy or garnishment), we may charge you an early withdrawal penalty, calculated on the amount withdrawn from the CD.

Standard Early Withdrawal Penalty.  On a Certificate of Deposit account we will impose a penalty if you withdraw any or all of the principal before the maturity date. The penalty imposed will be determined by the following schedule based on the number of days in the stated term. We calculate the standard early withdrawal penalty on the principal amount withdrawn.   Please note that the term of the CD is the specified period of time you agreed to leave your funds on deposit – not the time remaining until maturity of your CD.

- CD term of 3 thru 5 months, one and a half months loss of interest, accrued or not;
- CD term of 6 thru 11 months, three months loss of interest, accrued or not;
- CD term of 12 thru 23 months, six months loss of interest, accrued or not;
- CD term of 24 thru 35 months, twelve months loss of interest, accrued or not;
- CD term of 36 thru 47 months, eighteen months loss of interest, accrued or not;
- CD term of 48 months or greater, twenty four months loss of interest, accrued or not.

The above schedule applies to personal CD accounts only.

**ufb** DIRECT®

## Legacy Accounts – No Longer Available

### Airline Rewards Checking
#### Account Features:
- Earn 1 Mile/Point for every $ 3.00 Point-of-Sale (POS) debit transaction posted to your account.
- Miles/Points for your checking account is credited on a monthly basis.
- Miles/Points will be applied to your one designated participating Airline membership account within 60 days after the end of each month.
- Limited to earning 120,000 miles/points for a rolling calendar year.
- Merchants who accept Visa/MasterCard cards are assigned a merchant code which is determined by the merchant or its processor in accordance with Visa/MasterCard procedures based on the kinds of products and services they primarily sell. The Bank cannot control how merchants choose to classify a transaction; the Bank cannot guarantee a transaction will qualify. Purchases made at Super Markets, Super Stores, Grocery Stores, Wholesale Stores, Discount Stores, USPS, and financial or money transfer institutions are not eligible. Purchases made using virtual wallets, funds transfer services, or other similar technology are not eligible.
- The Bank has the right to change or cancel this rewards program at any time.
- Participating Airlines may change at any time.
- Receive free starter kit of checks (if ordered at account opening)
- Unlimited ATM Fees Reimbursed (excludes International ATM transactions)

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None

### Premium CashBack Checking
#### Account Features:
- Earn up to 1.00% cash back on signature-based transaction purchases.
- Earn up to $2,000.00 per month in cash back on your signature-based transactions.
- Maintain a $1,500.00 Monthly Average Daily Balance to earn 1.00% cash back on signature-based transaction purchases. If your Monthly Average Balance falls below $1,500 you will earn .50% in cash back for the month.
- Cash back is calculated on net purchases (purchases minus returns or credits).
- Cash back will be calculated and paid on your monthly statement cycle date.
- Cash back is paid in the form of a deposit to your UFB Direct Premier CashBack Checking account. Your total Cash back earnings may be reported as miscellaneous income to the IRS on a 1099-MISC form.
- Merchants who accept Visa/MasterCard cards are assigned a merchant code which is determined by the merchant or its processor in accordance with Visa/MasterCard procedures based on the kinds of products and services they primarily sell. Bank of Internet cannot control how merchants choose to classify a transaction; Bank of Internet cannot guarantee a transaction will qualify. Super Markets, Super Stores, Grocery Stores, and Wholesale stores are EXCLUDED from the program.
- Unlimited ATM Fees Reimbursed (excludes International ATM transactions).

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None

### UFB High Rate Money Market
#### Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: $5,000
Monthly Maintenance Fees: $10 if average daily ledger balance falls below $5,000

**ufb** DIRECT®

**UFB High Rate Savings**
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None

**UFB Elite Money Market**
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: $5,000
Monthly Maintenance Fees: $10 if average daily ledger balance falls below $5,000

**UFB Elite Savings**
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None

**UFB Rewards Money Market**
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: $5,000
Monthly Maintenance Fees: $10 if average daily ledger balance falls below $5,000

ufb DIRECT®

**UFB Rewards Savings**
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None

**UFB Premium Money Market**
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: $5,000
Monthly Maintenance Fees: $10 if average daily ledger balance falls below $5,000.

**UFB Money Market Account**
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0-$24,999.99
  - $25,000 or greater

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: $10.00, if average daily ledger balance falls below $5,000.

**UFB Premium Savings**
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0-$24,999.99
  - $25,000 or greater

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None

**UFB Savings Account**
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0-$19,999.99
  - $20,000 or greater

**ufb DIRECT**®

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None

UFB Best Money Market
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
    o $0–$9,999.99
    o $10,000–$24,999.99
    o $25,000–$49,999.99
    o $50,000–$99,999.99
    o >$100,000

Minimum Balance Required to Open the Account: $5,000
Monthly Maintenance Fees: $10 if average daily ledger balance falls below $5,000

UFB Best Savings
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
    o $0–$9,999.99
    o $10,000–$24,999.99
    o $25,000–$49,999.99
    o $50,000–$99,999.99
    o >$100,000

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None

UFB Preferred Money Market
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
    o $0–$9,999.99
    o $10,000–$24,999.99
    o $25,000–$49,999.99
    o $50,000–$99,999.99
    o >$100,000

Minimum Balance Required to Open the Account: $5,000
Monthly Maintenance Fees: $10 if average daily ledger balance falls below $5,000

UFB Preferred Savings
Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
    o $0–$9,999.99
    o $10,000–$24,999.99
    o $25,000–$49,999.99
    o $50,000–$99,999.99
    o >$100,000

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None

## ufb DIRECT

**UFB Premier Money Market**

Account Features:

- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: $5,000
Monthly Maintenance Fees: $10 if average daily ledger balance falls below $5,000

**UFB Premier Savings**

Account Features:

- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

**Minimum Balance Required to Open the Account**: No Minimum
**Monthly Maintenance Fees:** None

**UFB Priority Money Market**

Account Features:

- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: $5,000
Monthly Maintenance Fees: $10 if average daily ledger balance falls below $5,000

**UFB Priority Savings**

Account Features:

- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None

**ufb**DIRECT®

**UFB High Yield Money Market**
   Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: $10.00, if average daily ledger balance falls below $5,000.

**UFB High Yield Savings**
   Account Features:
- Interest-bearing account
- Variable Interest Rate Account
- Tiered Interest Earning Account. Tiers are as follows:
  - $0–$9,999.99
  - $10,000–$24,999.99
  - $25,000–$49,999.99
  - $50,000–$99,999.99
  - >$100,000

Minimum Balance Required to Open the Account: No Minimum
Monthly Maintenance Fees: None


## Funds Availability Disclosure for Personal Accounts

### Your Ability to Withdraw Funds

This policy applies to deposits into accounts that are opened at the Bank. All deposits are processed at the Bank's processing facility located in San Diego, CA, and are received either electronically or through the mail. Please do not send cash deposits. In the event Bank receives cash deposits, you agree that Bank's determination of the amount of the deposit will be conclusive. The Bank is responsible for mailed deposits only after the Bank has received them. The Bank is not liable for any deposits, including cash, lost in the mail. Remember: when you use the U.S. mail to make a deposit, you will need to allow extra time for the deposit to reach us.

The Bank's policy is to make funds from certain electronic deposits available to you on the business day the Bank receives the deposit. However, the Bank may delay the availability of funds from your check deposits to afford us time to verify the deposit and ensure the funds are collected. During the delay, you may not withdraw the funds and the Bank will not use the funds to pay checks you have written or other debits against the account that you have initiated, such as electronic bill payments.

### Determining the Availability of a Deposit

The length of the delay is counted in Business Days from the day of your deposit. Every day is a Business Day, except Saturdays, Sundays, and federal holidays. If you make a deposit before our established cutoff time on a business day that we are open, we will consider that day to be the day your deposit is received by the Bank. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider the next business day we are open to be the day of your deposit. The availability of your deposit varies depending on the type of deposit and is explained below.

Our deposit cutoff times are as follows:

- Branch deposits:
  - California: 5pm Pacific Time for same-day processing
  - Nevada: 5pm Pacific Time for same-day processing (does not accept cash transactions)
- Axos ATM deposits:
  - Axos Bank ATMs: 5pm Pacific Time for same-day processing
  - Non-Axos Bank ATMs: 2:30pm Central Time for same-day processing
- Check deposits made via the Mobile Banking app: 3pm Pacific Time

**ufb** DIRECT®

Electronic credits (such as Direct Deposit or account transfers):  Credit received at least 2 days before the settlement date, will be posted by 8:30am Central on the date specified as the settlement date

This funds availability policy does not apply to checks drawn on banks located outside the United States of America.

## Same Day Availability

Funds from electronic direct deposits to your account will be available on the same day the Bank receives the deposit.

Interbank Transfers initiated from your Online Banking account will be made available upon actual and final credit of the funds. This is typically within 3 to 5 Business Days.

## Next-Day Availability

Funds from the following deposits on established accounts are available on the first Business Day after the day of your deposit:

- U.S. Treasury Checks that are payable to you
- U.S. Postal Service Money Orders that are payable to you
- Wire Transfers
- Checks drawn on the Bank

If you make a deposit in person to one of our employees, funds from the following deposits are also available on the first business day after the day of your deposit:

- Cash
- State and local government checks that are payable to you
- Cashiers, certified
- Federal Reserve Bank checks

If you do not make your deposit in person to one of our employees (for example you mail the deposit), funds from these deposits will be available on the second business day after the day we receive your deposit.

If you make your deposit at a nonproprietary ATM (an ATM **not** owned or operated by Axos Bank), funds from these deposits will be available no later than the fifth business day after the banking day of deposit.

Note: At its discretion, the Bank may decline to accept any item for deposit.

## Other Check Deposits

Checks are available as follows:

Checks: The first $225 from a deposit of checks will be available on the first business day after the day of your deposit. The remaining funds from a deposit of checks will be available on the second business day after the day of your deposit. For example, if you deposit a check of $700 on Monday, $225 of the deposit is available on Tuesday. The remaining $475 is available on Wednesday.

If we are going to take longer to make all of the funds from these types of deposits available as disclosed above, we will notify you by mail or e-mail within one business day after we receive your deposit. We will also tell you when the funds will be available.

## Longer Delays May Apply

In some cases, we will not make all funds that you deposit by check available to you by the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $225 of your deposits, however, may be available no later than the first business day after your deposit. If we are not going to make all funds from your deposit available by the first business day after the day of your deposit, we generally notify you by mail or e-mail if the Bank delays your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh business day after the day of your deposit. If you need the funds from a deposit right away, you should ask when the funds will be available.

We may delay the availability of funds you deposit by check for a longer period under the following circumstances:

- The Bank believes a check you deposited will not be paid;
- You deposited checks totaling more than $5,525 on any one day;
- You redeposit a check that has been returned unpaid;
- You have overdrawn your account repeatedly in the last six months; or
- There is an emergency, such as failure of communications or computer equipment.

**ufb DIRECT**

Special Rules for New Accounts

If you are a new customer, the following special rules will apply during the first thirty (30) days your account is open:

- Funds from electronic direct deposits to your account will be available on the day we receive the deposit.
- Funds from deposits of cash and wire transfers will be available the first business day after the day of your deposit. The first $5,525 of a day's total deposits of traveler's, cashier's, certified, teller's and federal, state and local government checks will be available the first business day after the day of your deposit, if the deposit meets certain conditions.  For example, the check is deposited into an account held by the payee and in person to an employee of the bank. The excess over $5,525 will be available on the seventh (7th) business day after the day of your deposit. If your deposit of these checks (other than a US Treasury check) is not made in person to one of our employees, the first $5,525 will not be made available until the second business day after the deposit.
- Funds from all other check deposits will be available on the seventh (7th) business day after the day of your deposit.

NOTE: A five (5) business day hold will be placed on your initial deposit when the Bank is initiating the transfer via the automated clearing house from your external bank account on your behalf.

## Cash Withdrawal Limitations

If we delay availability of your deposit, we place certain limitations on withdrawals in cash. In general, $225 of a deposit is available for withdrawal in cash on the first business day after the day of deposit. In addition, a total of $450 of other funds becoming available on a given day is available for withdrawal in cash at or after (time no later than 5:00 pm (PT)) on that day. Any remaining funds will be available for withdrawal in cash on the following business day.

## Holds on Other Accounts (Check Cashing)

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you deposited it.

## Deposits at Non-Axos Bank ATMs

Non-Axos Bank ATMs are part of ATM networks owned or operated by other financial institutions. You can use your card to deposit funds to accounts linked to your card as primary checking and primary savings. Deposits made at a non-Axos ATM by cash or check will be made available for withdrawal not later than the fifth business day following the banking day on which the funds are deposited. All ATMs that we own or operate are identified as our machines.


**IMPORTANT CHECKING ENDORSEMENT STANDARDS FOR CONSUMER ACCOUNTS**


Your compliance with the Bank's endorsement standards is necessary to help assure that the checks you deposit will be cleared on a timely basis. UFB Direct's endorsement standards are:

Customer endorsements must be placed on the reverse side of the check where indicated by preprinted format.

The remaining area of the check cannot contain any preprinted, stamped or handwritten customer information.

Some checks or drafts may require personal endorsement.


# Check 21 - Substitute Checks and Your Rights

**What is a substitute check?** To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check. Some or all of the checks that you receive back from us may be substitute checks. This notice describes the rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other laws with respect to those transactions.

**What are my rights regarding Substitute Checks?** In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, NSF check fees).

**ufb** DIRECT®

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You are also entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other laws.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we receive your claim and the remainder of your refund (plus interest if your account earns interest) no later than 45 calendar days after we received your claim. We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

How do you make a claim for a refund? If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include:

- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss, and
- A copy of the substitute check and/or the following information to help us identify the substitute checks: the check number, the name of the person to whom you wrote the check and the amount of the check.

## Overdrafts and Nonsufficient Funds

When we determine that you do not have enough available funds in your account to cover an Item (including an ATM or Debit Card transaction), then we consider the Item an insufficient funds item. If you have enrolled in our optional Overdraft Line of Credit Program and have enough funds in the linked account under the Overdraft Line plan, we transfer funds to cover ACH and check items. You may also establish a link from your checking account to a savings account or money market account to cover the shortfall in your checking account. Otherwise, without notice to you, we either authorize or pay the insufficient item and overdraw your account (an overdraft item) or we decline or return the insufficient item without payment (a returned item). All types of Items, including Bank fees, may overdraw your account.

We pay overdrafts at our discretion, which means we do not guarantee that we will always, or ever, authorize and pay them. If we authorize or pay an item and create an overdraft, you must pay back any overdraft immediately. Each Owner will be jointly and severally liable to pay back any overdraft created by any account Owner, even if the Owner did not write the check, initiate the transaction, benefit from it or make any deposits to the account. If we overdraw your account to pay items on one or more occasions, we are not obligated to continue to paying future insufficient funds items. We may also close your account due to overdraft activity. See Closing an Account. You agree that we may apply deposits (including, but not limited to, Social Security and similar benefits) to overdrafts without notice to or consent from you, unless the law states otherwise.

We may charge you a fee regardless of whether we authorize, pay or return an item. We may assess this fee for each item we authorize, pay or return. See our Schedule of Fees herein.

## Overdraft Protection

The Bank Offers overdraft protection services that may protect your account against overdrafts in the event you do not have sufficient available funds to cover an item authorized or presented for payment. Overdraft protection may be less costly than paying overdraft or Non-sufficient return item fees.

- *Overdraft Protection By Linked Accounts* – With this plan, you authorize the Bank to make an automatic transfer from your savings account to cover items presented for payment against non-sufficient funds to your designated checking account. These automated transfers are considered limited transfers and each transfer is counted as one of the six transfers from a savings account allowed per calendar month.

A transfer occurs from your savings account to cover items presented against non-sufficient funds. Transfers are made for the exact amount to cover the shortfall in Available Funds.

## Electronic Fund Transfer (EFT) Services

### General Rules and Definitions
This agreement (the "EFT Agreement") governs your use of Electronic Funds Transfer Services described below ("EFT Services") that are available for the Accounts opened through the Bank Website (the "Website"). The following provisions apply only to accounts established primarily for personal, family, or household purposes. This EFT Agreement describes your rights as well as your responsibilities and as such should be read carefully. We recommend that you keep the EFT Agreement for future reference.

**ufb** DIRECT®

Definitions. In this EFT Agreement, "Checking Account" means a Demand Deposit account (DDA), a Negotiable Order of Withdrawal (NOW) account, a Savings account and a Money Market account at the Bank that you open through the Bank website; "Account" includes any Checking, Certificate of Deposit, or Savings account at the Bank opened through the Website or in person; "Card" means an automated teller machine card and/or a VISA debit card that accesses your Checking, Savings, Money Market, or NOW account; "PIN" means the personal identification number you use in connection with your Card; "Password" means the password you use to access the Website and your Bank Accounts through a personal computer or other electronic terminal; "Access Device" means your Card, Password, or other device or code we make available to you to access your Accounts; "Business Day" means Monday through Friday, except federal holidays; and "Authorized User" means any person you authorize or permit to use your Card, Password or other Access Device to access your Accounts, whether that person uses the Access Device to obtain information or to conduct a transaction.

This EFT Agreement is part of the Banking Documents. Other terms used in this EFT agreement may be defined elsewhere in the Banking Documents.

- ATM Safety
- Funds Transfers
- Other Electronic Fund Transfer Services
- Liability For Unauthorized Electronic Transfers
- Other Electronic Fund Transfer Services

## Types of Transactions

We offer the following types of Electronic Fund Transfers (EFT) Services for your Checking Account.

- **Direct Deposits.**

  You can arrange for direct deposits to your checking and savings account(s).

- **Preauthorized Credits/Debits.**

  We accept, on your behalf preauthorized Credits/Debits drawn on your Deposit Accounts which allow unrestricted activity. Through our electronic bill payment service, you are able to electronically transfer funds from your Deposit Account to other parties, provided the account allows such activity. We may conduct these transactions via Automated Clearinghouse (ACH) transfer. We may also accept and direct funds by wire transfer. Each of these services has unique fees associated with the transaction. Please consult our Schedule of Fees herein. When you provide the party initiating the withdrawal or deposit with advance authorization to make recurring ACH transfers to or from your Account, the transfers are referred to as "preauthorized transfers." Because these preauthorized transfers are performed electronically through the ACH, they are governed by federal regulations pertaining to EFT Services, which entitle you to certain benefits and protections in connection with the EFT Services, such as the right to receive a copy of your written authorization to make preauthorized transfers from your Account from the party that obtains it.

- **ATM and Point-of-Sale Transactions.**

  ATM Transactions. ATM Cards issued by us to you remain our property and you may be requested to return the Card to us at any time for any reason. Each card is used in conjunction with an authorizing Personal Identification Number ("PIN"). To guard against someone initiating a transaction that you have not authorized, you must take all reasonable precautions to prevent any other person from learning your PIN. If you permit or authorize another person to use your Card and PIN, you will be liable for all resulting transactions. You may use your Card at ATMs which are a part of an Electronic Funds Transfer service network to which the Bank belongs ("EFT network"). ATM withdrawals are available up to the daily authorization limits disclosed below, provided the available balance in the Deposit Account associated with your card is greater than or equal to the amount requested, plus any fees that may be charged along with the cash disbursement.

  - Withdraw cash from your Checking Account.
  - Find out your Checking Account balances.
  - Transfer funds between your own accounts at the Bank (if available on the ATM in use).
  - Withdraw cash from your Savings Account.
  - Make deposits to your own accounts.

  **Note:** We cannot assure that a specific ATM or EFT network will perform or permit all the above transactions. In addition, some or all transactions may be subject to a surcharge assessed by the terminal owner. Some fees and/or charges assessed by the terminal owner may be reimbursed to you in accordance with our published Schedule of Fees herein. Also, a specific ATM or EFT network may not provide you with access to all of your Accounts or may automatically post withdrawals to certain account types (such as checking), rather than the account you selected. If you have a question regarding whether a certain ATM or EFT network will process a transaction, sign on to your online banking, call, e-mail or write us.

**ufb** DIRECT®

- **Point-of-Sale Transactions.** You may use your Visa debit card to purchase goods and services from merchants that participate in certain EFT networks and have agreed to accept your Card as a means of payment. Purchases made with your Card are referred to as point-of-sale ("POS") transactions, and will be charged against your Checking Account. POS withdrawals may, at the Bank's discretion, be authorized even when the available balance is not sufficient.

- **Other Electronic Transfers.**

  - **Transfers to Your Other Accounts at the Bank.** You may transfer funds to a Savings, Money Market, or Checking Account on the Website by logging into online banking.

  - **Transfers to Third Parties.** You can transfer funds from your Account to third parties ("Recipients") by entering payment instructions through our online banking Bill Payment Service. Once the transfer has occurred, it is irrevocable.

  - **Terms Relating to Goods and Services Purchased using Electronic Transfers with an ATM or Visa Debit Card.**

    - <u>No Liability.</u> The Bank is not responsible in any way for any goods or services you decide to purchase, including without limitation, their quality, safety, legality or delivery. The Bank will not become involved in any dispute involving such goods or services. You also agree to release the Bank and their respective directors, officers, employees and agents from any and all claims, demands and damages between persons using and accepting the Bank's ATM and Visa Debit Cards issued to you, including any claims, demands or damages arising out of or related to the purchase or sale of goods or services.

    - <u>Rejected Funding Transactions.</u> Payments are made solely out of funds on deposit with the Bank in accordance with the Banking Documents. If you fund your account through a credit card or ACH transaction, you may not dispute that transaction if you have transferred funds out of your account. If you are the recipient of a transfer from another Bank customer, and the sender reverses or charges back a transaction used to fund your transfer, Bank immediately and without notice or presentment may debit your account for the amount of the transfer, regardless of whether your account has a sufficient balance to fund the transaction. You are responsible for any overdraft created because of the reversal. You may incur interest, fees and charges in accordance with the Banking Documents if there are insufficient funds in your designated Account to cover such amount.

    - <u>Limitations on Payments</u>. The Bank may terminate access to the Bank's ATM and/or Visa Debit **Card Services at any time for any reason, including without limitation (i) with respect to any recipient of transfers, if the Bank believes in its sole discretion that there are an excessive number of disputes involving customer use, or (ii) with respect to any third party, if the Bank** believes in its sole discretion that the third party has initiated disputes without reasonable cause or in bad faith. The Bank also may reject a transaction or restrict your access to the Website to make further transactions at any time if it believes the security of your accounts or the Website is at risk or any fraudulent or illegal activity may be occurring, including evidence of unusual activity in your accounts.

### Limitations on Transfers

Your Card transactions will be subject to daily limits as follows*:

- Cash withdrawal from an ATM using an ATM card - $310.00
- Cash withdrawal from an ATM using a Visa® Debit card - $1,010.00
- Point-of-sale transaction using your Visa® Debit card - $2,500.00

\* For security reasons, we may further limit these amounts from time to time without notice. Non-sufficient funds activity involving an ATM or Visa Debit Card may result in decreased daily limits or revocation of the card.

Charges for Use of Your Card. We do not charge you a fee to use your Card at an ATM or to make a POS transaction. However, ATM transactions may be subject to a fee or surcharge assessed by the terminal owner, for which you will be reimbursed by the Bank up to the amount per month which corresponds to the type of account you have.

### Preauthorization Payments Holds

When you use your Card at a point of sale location or when you use the Visa or other network enhancement feature of the Cards to obtain goods or services or to obtain cash, the merchant may attempt to obtain preauthorization from us for the transaction. When the preauthorization is approved by us, we immediately debit the preauthorized amount from your designated Account. The amount you actually approved or signed for may vary in some cases from the amount of the actual purchase, depending on the merchant's request. If the preauthorization request varies from the amount of the actual transaction, payment of the transaction (which usually occurs within two to five days) will adjust the amount

**ufb DIRECT**®

previously deducted from your designated Account. This process may affect the availability of funds from your designated Account to pay checks or for other electronic fund transfers. Since all transactions are immediately posted to your designated Account, please check your current balance on the Website. We will not be responsible for damages for wrongful dishonor if any items are not paid because the amount requested by the merchant was different from the actual amount you approved.

## Using your Card for International Transactions

If you use your Card to obtain cash or to purchase goods or services in another country, the amount of the charge in foreign currency will be converted to a U.S. dollar amount by the applicable network (e.g. Visa, MasterCard, etc.). In making this conversion, the network will use the procedures set forth in its operating regulations. Conversion to U.S. dollars may occur on a date other than the date of the transaction; therefore, the currency conversion rate may be different from the conversion rate in effect on the transaction date. You understand that we do not determine the currency conversion rate that is used, and we do not receive any portion of the currency conversion rate.

## Documentation of Transfers

- Receipts: You have a right to receive a receipt at ATMs and POS terminals that accept your ATM and/or Visa debit cards each time you make a transaction.
- Preauthorized Credits: If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 877.472.9200 to find out whether or not the deposit has been made.
- Periodic Statements: You will also be able to view your bank statement and transaction history on the Website.

## Lost or Stolen Card or Unauthorized Transactions

Notify us immediately if your ATM Card, Visa Debit Card or PIN or other access code has been lost or stolen or used without your permission. Telephoning is the best way of keeping your possible losses down. You could lose all your money in your account plus your maximum Overdraft Line of Credit.

## In Case of Errors or Questions about Your Electronic Transfers

Telephone Customer Service at 1-877-472-9200, email, or write us at UFB Direct, P.O. Box 509127, San Diego, CA 92150, as soon as you can if you think your online statement or receipt is wrong or if you need more information about a transfer listed on the online statement or receipt. We must hear from you NO LATER than 60 days after your FIRST online statement on which the problem or error has appeared. In your communication to us, be prepared to provide us with the following information:

- Your name and Account number (if any).
- A description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- The dollar amount of the suspected error.

If you tell us orally, we may require that you send your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days for new accounts) after we hear from you and will correct the error, promptly. If we need more time, however, we may take up to 45 days (90 days for new accounts, point-of-sale, or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10 business days (20 business days for new accounts) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your questions or complaint in writing and we do not receive it within 10 business days, we may not credit your account.

For disputes involving the unauthorized use of your Visa Debit Card for Visa point-of-sale transactions, we will provisionally credit your Account within 5 business days. Under the Visa Rules, we may withhold provisional credit to the extent allowed under applicable law if we determine that the circumstances or account history warrants the delay. The Visa Rules do not apply to ATM transactions, certain commercial card transactions, PIN or other transactions not processed over the V network.

We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## Electronic Transaction Cancellations

If you have arranged with us in advance to make regular periodic payments out of your designated Account using our Electronic Bill Payment Service, you can stop any of those payments by following these procedures:

- Sign on to the Website and cancel the future payments using the procedure as called for in the Bill Payment section.

28

**ufb** DIRECT®

- Call Customer Service, write the Bank, or e-mail in time for us to receive your request three or more business days before the payment is scheduled to be made. If you call, we may require you to put your request in writing so that it reaches us within 14 days after your call.

**NOTE:** This section does not apply to stop payment orders for checks.

### Liability of Bank for Failure to Stop Payment of Preauthorized Transfer

If you order us to stop one of these payments 3 business days or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

### Your Liability for Unauthorized Electronic Funds Transfers

**TELL US AT ONCE** if you believe your ATM and/or Visa Debit Card or any other Access Device has been lost or stolen or if you think your PIN or Password is no longer secure or confidential. Telephoning us is the best and fastest way of keeping your possible losses down. During business hours you may call 1-877-472-9200 to report your ATM/Visa Debit Card lost or Stolen.

You can lose no more than $50.00 if someone used your Card without your permission, if you tell us within two business days, subject to Visa's Zero Liability policy. If you do NOT tell us within two business days after you learn of the loss or theft of your Card or other Access Device, and we can prove we could have stopped the unauthorized transactions if you had told us, you could lose as much as $500.00. Also if your on-line statement shows transactions that you did not make, TELL US AT ONCE. If you do not tell us within 60 days after the daily transactions (Periodic Statement) are provided to you on the Website, you may not get back any money you lost after the 60 days if we can prove that we could have prevented the transactions if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, let us know. We may extend the time periods.

You agree that you will not reveal your User ID, Password, PIN, or any other Access Device to any person not authorized by you to use your Access Devices; not write your PIN or Password on your ATM and/or VISA Debit Cards or on any item kept with your Access Devices; and not leave a computer terminal unattended after you have logged in using your Password or other Access Device.

### Our Liability for Failure to Complete Electronic Funds Transfers

If we do not complete a transaction from your consumer account on time or in the correct amount, according to our agreement with you, we will be liable for your losses or damages only directly caused by this failure. However, there are some exceptions. For instance, we will not be liable if:

Through no fault of ours, you do not have enough available funds in your Account, including any available overdraft line of credit, to make the transaction.

- The automated teller or cash dispensing machine does not have enough cash.

- Any terminal or system was not working properly and you knew about the breakdown when you started the transaction.

- Circumstances beyond our control (such as fire, flood or riot) prevent the transaction, despite reasonable precautions that we have taken.

- In the case of pre-authorized credits, the data from the third party is not received, is incomplete or erroneous.

### Amendments

If you do not agree to a change or amendment to this EFT Agreement, you must notify us prior to the effective date of the change or amendment and cancel your EFT Services and surrender or destroy your Access Devices.

### Termination

We may terminate EFT Services, in whole or in part, without notice, due to your default or as a security precaution. If you or we cancel this EFT Agreement you must surrender or destroy your Card or any other Access Device issued to you.

### Confidentiality

We will disclose information to third parties about your account or the transfers you make:

- Where it is necessary for completing transfers, or
- In order to verify the existence and condition of your account for a third party, such as a credit bureau or merchant, or
- In order to comply with government agency or court orders, or
- If you give us your written permission.

**ufb** DIRECT®

## Transactions not Subject to Electronic Fund Transfer Act or Regulation E

Electronic transfers made from an account used for business purposes, regardless of account ownership, are not subject to the Electronic Funds Transfer Act, Regulation E or to the error resolution procedures set forth herein. You must notify us at once of any unauthorized or erroneous electronic transactions not subject to the Electronic Fund Transfer Act or Regulation E shown on your statement or a notice. Your notice must be in writing, must include a statement of relevant facts and must reach us no later than 60 days after the date of the statement or notice on which the erroneous transaction appears.

## ATM Safety Tips

The suggestions that follow offer some simple tips on protecting your card and PIN and on exercising care when using an ATM. Please review them carefully,

**Protect Your ATM Card and Personal Identification Number (PIN)**

- Always protect your card by keeping it in a safe place. If your card is lost or stolen, contact us immediately.

- Always protect your PIN. You should never give your PIN to anyone and you should never write your PIN anywhere, especially on your card. If you choose your own PIN, avoid using obvious numbers such as telephone numbers, addresses, or birthdates.

- Never give someone information about your card or PIN over the telephone. If someone is asking for this information, refuse and immediately contact us.

**Be aware of Your Surroundings at ATMs**

- Look around when you walk up to the ATM or exit the ATM. If you notice anyone or anything suspicious or that you deem unsafe, such as the lighting around the ATM not working, use another ATM or return later.

- While at the ATM, enter your PIN discreetly; shield the keypad with your hand or body. After completing your transaction, be sure to put your card away, cash, and transaction record before exiting the ATM area. Count the cash later in the safety of your locked car or home.

- When you enter or exit an ATM in an enclosed area, be sure you close the entry door completely. Do not open locked ATM vestibule doors for others or allow any unknown persons to enter the ATM area when you are making your transaction. Authorized customers should have their own access.

- When you use a drive-up ATM, be sure your passenger windows are closed and doors are locked.

- If you must use an ATM at night, consider taking someone with you.

## Other Electronic Fund Transfer Services:

### Funds Transfer Services

The following provisions apply to funds transfers you send or receive through UFB Direct "the Bank", but do not apply to electronic funds transfers governed by Regulation E of the U.S. Federal Reserve Board. If you have a specific agreement with the Bank for these services, these provisions supplement that agreement to the extent these provisions are not consistent with the specific agreement.

The Uniform Commercial Code includes provisions relating to funds transfers. These provisions define the following terms: funds transfer, payment order and beneficiary. These terms are used here as they are defined in Article 4A of the Uniform Commercial Code - Funds Transfers as adopted by the state whose law applies to accounts for which the funds transfer service is provided. In general: a funds transfer is the process of carrying out payment orders that lead to paying a beneficiary. The payment order is the set of instructions given to the Bank to transfer funds. The beneficiary is the person or business who receives the payment. We may charge fees for sending or receiving a funds transfer. We may deduct our fees from your account or from the amount of the transfer. For current fees, please refer to our Schedule of Fees herein.

### Fedwire

Fedwire is the electronic funds transfer system of the US Federal Reserve Banks. When you send a payment order or receive a funds transfer, we or other banks involved in the funds transfer may use Fedwire. If any part of a funds transfer is carried out by Fedwire, your rights and obligations are governed by Regulation J of the Federal Reserve Board.

### Sending Funds Transfer:

Cutoff times for Payment Orders. We have cutoff times for processing payment orders. If the Bank receives your domestic payment order or international payment order after 12:00 PM (PT), or on Saturday, Sunday or federal holiday, it will be processed on the next funds-transfer business day.

**ufb** DIRECT®

**Amending or Canceling Payment Orders.** You may only amend or cancel a payment order prior to the funds transfer being sent by the Bank. If you ask the Bank do this, we may make a reasonable effort to act on your request. But we are not liable to you if, for any reason, a payment order is not amended or cancelled. You agree to reimburse the Bank for any costs, losses or damages that we incur in connection with your request to amend or cancel a payment order.

**Inconsistency of Name or Number.** When receiving a payment order, payment may be made by the Bank, or by other banks, to which the payment order is forwarded, based solely on the account number even if the account number identifies a beneficiary different from the beneficiary named by the Originator of the payment order. Furthermore, when receiving a payment order, we may rely, and any other banks to which the payment order is forwarded may rely, on the bank identification number provided in the payment order even if the identification number identifies a bank different from the bank named by the Originator of the payment order.

**Sending Payment Orders.** We may select any intermediary bank; funds transfer system or means of transmittal to send payment orders. Our selection may differ from that indicated in your instructions.

**Notice of Rejection.** The Bank may reject payment orders. We notify you of any rejection electronically or orally. We are not liable to you for the rejection or obligated to pay you interest for the period before you receive timely notice of rejection.

**Errors or Questions About Payment Orders.** The Bank will notify you about funds transfer by listing them on your account statement. In some cases, we may also notify you electronically or in writing. You must notify us at once if you think a funds transfer shown on your statement or notice is incorrect. You must send us written notice, including a statement of relevant facts, no later than 10 days after the date you receive the first notice or statement on which the problem or error appears. If you fail to notify us within this 10-day period, we are not liable for any loss of interest because of an unauthorized or erroneous debit or because your statement or notice is incorrect. We are not required to compensate you, and we are not required to credit or adjust your account for any loss of interest or interest equivalent.

**Receiving Funds Transfers:**
The Bank may receive instructions to pay funds to your account. We may receive funds transfers directly from the sender, through a funds transfer system or through some other communications system. This includes wire transfers, ACH transfers that may be sent through an ACH system or processed directly to an account with us.

**ACH Provisional Payment Rule.** Credit given by us to you with respect to an automated clearing house credit or debit entry is provisional until we receive final settlement for such entry through a Federal Reserve Bank. If we do not receive final settlement, you are hereby notified and agree that we are entitled to a refund of the amount credited to you in connection with the entry, and the party making payment to you (i.e. Originator of the entry) will not be deemed to have paid you the amount of such entry.

**Notice of Funds Transfer.** Under the Operating Rules of the National Automated Clearing House Association which are applicable to ACH transactions involving your account, we are not required to give next-day notice to you of receipt of an ACH item, and we will not do so. However, we will continue to notify you of the receipt of payments in periodic statements we provide to you.

**ACH Debits and Credits.** From time to time, originators that you authorize may send Automated Clearing House (ACH) credits or debits for your account. For each ACH transaction, you agree that the transaction is subject to the National Automated Clearing House Association (NACHA) Operating Rules and any local ACH operating rules in effect. You agree that we may rely on the representations and warranties contained in these operating rules and either credit or debit your account, as instructed by the originator of the ACH transaction. You should be cautious about giving someone your account number to help prevent unauthorized transactions on your account. You must notify the Bank immediately of unauthorized activity.

**Online Banking and Bill Payment Services**
This UFB Direct Online Banking Agreement ("Agreement") with UFB Direct applies to your use of the UFB Direct Website. In this Agreement, "you" or "your" means each person that uses the Bank's Website to obtain a Financial Service; "Financial Service" means a deposit account, overdraft credit account, bill payment service, Mobile Banking or any other financial product or service available through the UFB Direct Website; "Provider" means a service provider that offers a Financial Service through the Bank's Website or an affiliate of the Bank's; "The Bank's website" and the "Website" means the Internet site operated by the Bank for itself and the Providers. "Provider Documents" means you have a separate agreement with some or each Provider regarding the Financial Service it provides. "Banking Product Documents" means the Deposit Account Terms, Online Banking Agreement, Electronic Funds Transfer (EFT) Services Agreement, Funds Availability Policy, Overdraft Line of Credit Agreement and Disclosure Statement, Truth in Savings Disclosure and the Schedule of Fees herein.

Terms defined in this Agreement have the same meaning as the Banking Product Documents and, unless specified otherwise, any term defined in a part of the Banking Product Documents has the same meaning.

Consent to Terms and Conditions By submitting the application accessible through the Bank's Website or using any Financial Service, you agree to the terms and conditions set forth in this Agreement and the Provider Documents, if any, governing the Financial Service you obtain through Online Banking. In the event that the Bank amends this Agreement or a Provider amends the Provider Document, to the extent permitted by law; your continued use of the Website or a Financial Service subject to such

**ufb**DIRECT®

Provider Document after the effective date of such change evidences your acceptance to such amendment. A Provider may enforce this Agreement against you to the extent it relates to that Provider.

Consumer Credit Reports Consumer Credit reports may be obtained by the Bank or any Provider in connection with any Financial Service that you request or receive. If you ask, you will be informed whether or not such a report was requested, and if so, the name and address of each agency that furnished the report.

Bill Payment Processing
UFB Direct customers with an online banking service may use the optional Bill Payment service in the following manner:

- Payments can be entered as a one-time transaction or as recurring transactions that are scheduled.
- You certify that any account you add through the bill payment service is an account from which you are authorized to make payments, and any payment you make using the bill payment service will debit an account that you are legally authorized to use.
- Payments (other than UFB Direct loan payments, entered on our system before 2:00 p.m. PT on a bank business day will be scheduled and begin processing on the same bank business day. Payments that are entered after this cut-off time or on a day that is a non-bank business day will be scheduled for processing and be processed the next bank business day.
- Scheduled recurring payments that fall on a weekend or a non-bank business day will be processed on the next bank business day.
- You authorize us to make payments in the manner we select from the following methods:
    - Electronic Transmission - The majority of payees are this and the payment is sent via ACH to these types of payees.
    - Check - Payees that are not able to be set up as an electronic transmission will receive a check drawn directly from your designated account.
- Scheduling Bill Payments
    - The scheduled "Send Date" is the date you enter for the payment to be sent to the Payee. For payments made by electronic transmission, the payment amount will be debited from, or charged to an account that you designate on the scheduled "Send Date." If the scheduled "Send Date" is a weekend or non-bank business day, then the "Send Date" will be the next bank business day. For payments made by personal check, the account you designate will be debited when the check is presented to us for payment which may occur before, on or after the scheduled send date.
    - For payments made from a UFB Direct deposit account and to a UFB Direct loan, line of credit, or mortgage, UFB Direct will process and credit the payment to the appropriate account effective the same business day, provided the payment is scheduled prior to the 2:00 p.m. PT cut-off.

When you attempt to schedule a payment, we will inform you of the earliest available delivery date. To assure timely payment and obtain the full benefit of the Online Banking Service, you must schedule payments and your account must be in good standing, you will be fully responsible for all late fees, interest charges, or other action taken by the Payee.

Contact Us Contact information for the Bank is provided on the Website or from within Online Banking or Mobile Browser Banking by selecting the "Contact Us" link.

Electronic Communications To the fullest extent permitted by applicable law, this Agreement and any other Financial Services, Provider Documents notices or other communications regarding Online Banking (collectively referred to as "Communications"), may be provided to you electronically and you agree to receive Communications in an electronic form. Electronic Communications may be posted on the pages within our Website or Online Banking and/or delivered to your e-mail address or access device. Any Communications that are required by law or regulation will be provided, at our Website www.ufbdirect.com in a form you can print and retain for your records. All Communications in either electronic or paper format will be considered to be "in writing," and to have been received no later than five (5) business days after posting or dissemination, whether or not you have received or retrieved the Communication. The Bank and the Providers reserve the right to provide Communications in paper format. Your consent to receive Communications electronically is valid until you revoke your consent by notifying the Bank on behalf of itself and the Providers of your decision to do so. If you revoke your consent to receive Communications electronically, the Bank and the Providers will terminate your right to use Online Banking. Mobile Banking or obtain Financial Services (including redeeming any deposit accounts), and you accept sole liability for any early withdrawal penalty, tax or other consequence resulting from an involuntary termination of a Financial Service, to the extent permitted by law.

You agree to monitor your Account and important account information through your Online Banking service, periodic statements for your Account, if applicable and important notices about your Account delivered by us electronically or by mail, in addition to any services or information you may receive through Mobile Banking. You agree to keep informed of any changes to Mobile Banking by regularly visiting our website.

Governing Law This Online Agreement and Financial Services are accepted by the Bank in the State of California, and is governed by California and Federal law between you and the Bank. Providers may select a state law other than California law to govern matters covered by their specific Provider Documents and the enforcement of this Online Banking Agreement with respect to the Financial Services they provide.

**ufb** DIRECT®

THE FOREGOING SHALL CONSTITUTE THE SERVICE'S ENTIRE LIABILITY AND YOUR EXCLUSIVE REMEDY. IN NO EVENT SHALL THE SERVICE BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES, INCLUDING LOST PROFITS (EVEN IF ADVISED OF THE POSSIBILITY THEREOF) ARISING IN ANY WAY OUT OF THE INSTALLATION, USE, OR MAINTENANCE OF THE EQUIPMENT, SOFTWARE, AND/OR THE SERVICE.

Illegal, Fraudulent or Improper Activity You will not use the Website or any Financial Service for any illegal, fraudulent or improper activity. If the Bank or any Provider suspects that you may be engaging in or have engaged in a fraudulent, illegal or improper activity, including a violation of any terms and conditions relating to Online Banking or any Financial Service, your access to Online Banking and any Financial Services may be suspended or terminated. You understand that access to and transactions in your accounts may be suspended or terminated if an access device has been reported lost or stolen or when the Bank or any Provider reasonably believes that there is unusual activity on any of your Accounts. You agree to cooperate fully with the Bank and each Provider to investigate any suspected illegal, fraudulent or improper activity.

Indemnification You agree to indemnify, defend, and hold the Bank and its affiliates, officers, directors, employees, consultants, agents, Providers, and licensors harmless from any and all third party claims, liability, damages and/or costs (including but not limited to reasonable attorneys' fees) arising from (a) a third party claim, dispute, action, or allegation of infringement, misuse, or misappropriation based on information, data, files, or otherwise in connection with the service; (b) your violation of any law or rights of a third party; or (c) your use, or use by a third party, of Mobile Banking; (d) indirect, incidental, special or punitive damages arising out of or in connection with use of Mobile Banking.

Internet Access You certify that you have access to the Internet and a current e-mail address. You have sole responsibility for providing the Bank with a correct and operational e-mail address. Neither the Bank nor any Provider will be liable for any undelivered e-mail communications or any costs you incur for maintaining Internet access and an e-mail account. You must promptly notify the Bank and all Providers of any change in your e-mail address.

Limit on Liability To the fullest extent permitted by law, neither the Bank nor any Provider will have any liability in connection with any unauthorized interception or use of data relating to you or the Financial Services; any inability to use or access Online Banking or Mobile Banking for any reason; any actions or transactions by an individual that uses your Online Banking ID together with your Password; or any cause over which the Bank or a Provider does not have direct control, including problems attributable to computer hardware or software (including computer viruses), telephone or other communications, or Internet service providers. Your sole and exclusive remedy for any failure or non-performance of Mobile Banking (including any software or their materials supplied in connection with mobile banking) shall be for us to use commercially reasonable efforts to perform an adjustment or repair of the mobile banking service. The Financial Services accessible through the Website or Mobile Banking are provided "as is" and "as available" with all faults, and the Bank and each Provider hereby disclaims, for themselves and for each other entity involved in the provision of the Financial Services, all warranties, either express or implied or statutory, including, but not limited to, any implied warranties of merchantability, of fitness for a particular purpose and of lack of viruses. In no event shall the Bank or any other Provider be liable (a) for damages caused other than by its own gross negligence or intentional misconduct or (b) for indirect, special, incidental, consequential or punitive damages whatsoever (including, but not limited to, damages for lost profits, disclosure of confidential information, or loss of privacy), arising out of or in any way related to the use of or inability to use Online Banking, Mobile Banking or any Financial Service, even if the Bank or the Provider has been advised of the possibility of such damages. In no event shall the Bank or any Provider be liable for any act or circumstances beyond our control (such as, for example, a fire, flood or other natural disaster, war, riot, strike, act of civil or military authority, equipment failure, computer virus, or failure or interruption of electrical, telecommunications or other utility services). Limitations on this notice with respect to certain electronic funds transfers are stated in the EFT Services Agreement as contained in the Banking Product Documents and displayed on the Website.

Miscellaneous Any waiver by the Bank or any Provider must be in writing and signed by an authorized representative of the Bank or the Provider. If a waiver is made, no party is obligated to provide similar waivers in the future. This Agreement and the Provider Documents are binding upon and shall inure to the benefit of permitted successors and assigns of you and the Bank and/or the Providers. If any provision of this Agreement or the Provider Documents is invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

Mobile Banking Services Mobile Banking is offered as a convenience and supplemental service to the Bank's Online Banking Services. It is not intended to replace access to Online Banking from your personal computer or other methods you use for managing your accounts and services with us. Not all mobile devices will be capable of accessing and using Mobile Banking. The Bank cannot guarantee the availability of underlying data services provided by your mobile carrier, (i.e. we are not responsible for carrier data outages or "out of range" issues). We will not be responsible for any inability of your mobile device to access or use Mobile Banking, or for any loss or damage to your mobile device resulting from your access or use, or attempted access or use, of Mobile Banking (including downloading any associated Java applications for Mobile Banking), and you should satisfy yourself as to these matters before attempting to access or use Mobile Banking. Some mobile devices may store (cache) information that is accessed during a Mobile Banking session. You must have an eligible mobile device capable of SMS messaging (for SMS (Text) Banking), or downloading Java applications and making data connections to the Internet (for Mobile Browser Banking). You must be authorized to use and incur charges on your mobile device cellular account in relation to Mobile Banking.

**ufb** DIRECT®

We make no representation that any content or use of Mobile Banking is available for use in locations outside of the United States. Accessing Mobile Banking from locations outside of the United States is at your own risk.

Mobile Banking consists of two separate features:

**SMS (Text) Banking** – access available account information via text messaging.
**Browser Mobile Banking** - a mobile version of Online Banking accessed via an URL.

To activate Browser Mobile Banking, you must have at least one active deposit Account, be an owner of the Account and be registered for Online Banking. To access the Browser Mobile Banking feature, you must know the Mobile Banking URL and will log in using the required login credentials used for Online Banking.

The following options are available in the Browser Mobile Banking:

**Account information** - includes transaction history (length of time is limited) and does not replace the periodic statements for your Account.

**Transfers** - between Bank accounts.

**Bill Payment** - submit payments to payees already set-up within the Bill Pay module of Online Banking.

We may offer additional mobile services and features in the future. Any such added mobile services and features will be governed by this Agreement and by any terms and conditions provided to you at the time the new mobile service or feature is added and/or at the time of enrollment for the feature or service if applicable.

If at any time you should cancel your Online Banking access or your Online Banking access changes or becomes inactive, Mobile Banking Services may not be available. You may cancel Mobile Banking at any time by contacting us by email or phone.

We do not charge fees for Mobile Banking including EFTs. However, please see the Schedule of Fees herein for any excess transaction fees that may apply to your Account. Also, you are responsible for web access and/or data or text message charges that may be billed by your mobile carrier. Check with your mobile carrier for details on specific fees and charges that may be applicable.

Password and Device Protection You will not disclose your password to access Online Banking ("Password") to any person. You understand and agree that the Bank and the Providers rely on the use of your Password to confirm your permission to access your account and are therefore authorized to act upon instructions and information received from any person that enters your Online Banking ID (User Name) and Password. You agree not to use any personally identifiable information when creating shortcuts to your Account. You are required to change your Password periodically.

Create a Password that is not easily able to be guessed or identified as relating to you, or is an obvious combination of letters and numbers (e.g. sequential numbers, birth date, etc.); do not keep any record of your Password in a form that it can be readily identified, accessed or stored anywhere, in written or electronic form.

**If you forget your password, become locked out and the Bank resets your password, or your password expires you will be required to re-establish your login credentials at a PC or laptop to regain access to Mobile Banking.**

You will notify the Bank immediately if your Password, PC, laptop, mobile device or any another access device used to access your account is compromised, lost, stolen or is suspected of being compromised or lost. If you believe that someone may have unauthorized access to your online Banking or Mobile Banking, you agree to notify us immediately and cancel your Mobile Banking associated with the device.

You agree to notify us immediately if you change or cancel the number of your mobile device.

You agree to take every precaution to ensure the safety, security and integrity of your Account and transactions when using Mobile Banking. You agree not to leave your Device unattended while logged; if you do we will not be liable for any damages. Log off immediately at the completion of each access by you, lock your mobile device or take other steps necessary to stop unauthorized use of Mobile Phone Banking.

Privacy You agree that you have had an opportunity to review, download or print, and that you agree to the Bank's Privacy Policy relating to the Bank's Website, the Financial Services and the Providers.

Security Features The Bank has taken strong measures to protect the security of information transmitted between the Bank and its customers. The Bank strongly suggests that you use a web browser with 128-bit encryption. In fact, some selected services require a web browser with 128-bit encryption and you will be notified upon your application for access to those specific services. Regardless of the security features in use by you and/or your web browser, the Bank and the Providers are unable to ensure that the data transmitted by you to the Bank or a Provider, or from the Bank or a Provider to you, will not be intercepted by third parties.

34

**ufb** DIRECT®

Transfer You may not transfer any rights or obligations you may have under this Agreement, under any Provider Documents or with respect to any Financial Service, without the prior written consent of the Bank and any Provider that would be affected. The Bank and each Provider reserve the right to transfer any right or obligation under this Agreement, under any agreement provided with the Provider Documents or with respect to any Financial Service without your consent.

**ufb** DIRECT®

## Schedule of Fees

### Account Services:

| | |
|---|---|
| Initial Debit Card/ATM Card (if ordered at account opening) | Free |
| Debit Card/ATM Card replacement (if second occurrence and any thereafter) | Free |
| Debit Card/ATM Replacement - Special Mailing/Rush Delivery Fee | $50.00 |
| Debit Card/ATM Transactions* | Free |
| Bank Verification Letter | $35.00 |
| Collection Items, domestic, per item* | Free |
| Collection Items, international, per item* | $35.00 + cost |
| Visa® Debit Card Foreign Currency Conversion Rate | 1% |
| * Additional charges may be imposed by other financial institutions | |

### Statement and Research Services:

| | |
|---|---|
| Check copy from archive, per item | $5.00 |
| Legal Processing | $100.00 |
| Research/Reconciliation, per hour, one hour minimum (includes time spent pulling documentation for legal process) | $35.00 |
| Statement Copy from Online Banking | Free |
| Statement Copy from archive with our assistance, per statement | $10.00 |
| Account Statement - Online | Free |
| Account Statement - Paper | $5.00 |

### Individual Retirement Account (IRA) Services:

| | |
|---|---|
| Transfer Fee | $35.00 |
| Closing Fee | $35.00 |
| Fair Market Value on IRAs – Paper | $10.00 (produced annually at year-end) |
| Fair Market Value on IRAs – Electronic Statement | Free |

### Wire Transfer Services: (Customers only):

| | |
|---|---|
| Wire Transfers Incoming (Domestic and International) | Free |
| Wire Transfers Outgoing (Domestic) | $35.00 each |
| Wire Transfers Outgoing (International) | $45.00 each |

### Other Fees:

| | |
|---|---|
| Certified or Overnight Mail – Special Mailing/Rush Delivery Fee | $10.00 + postage |
| Deposited checks (and other items) returned unpaid, per item | $10.00 |
| Check Orders For All Checking Accounts | At Cost |
| Check Orders with our assistance (if second occurrence and any thereafter) | $10.00 + cost of checks |
| Escheatment Notification | $2.00 |
| Excess Transaction or Withdrawal Fee | $10.00 |
| Non-sufficient/uncollected funds- Paid or Returned Item (includes checks, ACH and bill payments), per item | $25.00[†] (Max $75.00 per day) |
| Official checks, per item | $10.00 |
| Online or automated telephone transfers | Free |
| Overdraft Protection Transfer (from linked account) | Free |

**ufb** DIRECT®

| | |
|---|---|
| Stop payments, per request Online (initial or extension) | $10.00 |
| Stop payments, per request with assistance (initial or extension) | $35.00 |
| Axos Bank On-Us Check Cashing Fee for Non-Customers, per item | $5.00 |
| Non-Customer Notary Fee | $2.00 |

†No fee for an item generating a negative balance less than the NSF fee

Updated 11/2023